Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Civil Division

Priscilla Michelle Alston

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Yolanda Bethea

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No.

Case: 1:22-cv-03595
Assigned To : Boasberg, James E.
Assign. Date : 11/29/2022
Description: Employment Discrim. (H⊠DECK)

Jury Trial:   *(check one)*   ☐ Yes   ☑ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Priscilla Michelle Alston |
| Street Address | 1350 Juniper Street NW |
| City and County | Washington |
| State and Zip Code | DC 20012 |
| Telephone Number | 202-270-2573 |
| E-mail Address | chelle_watson@yahoo.com |

RECEIVED

NOV 2 9 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                                   Yolanda Bethea

    Job or Title *(if known)*    Deputy Associate Director, Office of Community Supervision and In

    Street Address            CSOSA - 800 North Capitol Street NW, Second Floor

    City and County        Washington

    State and Zip Code      DC 20002

    Telephone Number      (202) 507-3632

    E-mail Address *(if known)*  yolanda.bethea@csosa.gov

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.     Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | CSOSA |
| Street Address | 601 Indiana Avenue NW, Sixth Floor |
| City and County | Washington |
| State and Zip Code | DC 20004 |
| Telephone Number | (202) 680-3490 |

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

Equal Pay Act

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

---

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐    Failure to hire me.
- ☐    Termination of my employment.
- ☐    Failure to promote me.
- ☐    Failure to accommodate my disability.
- ☐    Unequal terms and conditions of my employment.
- ☐    Retaliation.
- ☑    Other acts *(specify)*:    Gender and Equal Pay Act

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

September 2017 to present

C.    I believe that defendant(s) *(check one)*:

- ☑    is/are still committing these acts against me.
- ☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐    race
- ☐    color
- ☑    gender/sex    Female
- ☐    religion
- ☐    national origin
- ☐    age *(year of birth)*            *(only when asserting a claim of age discrimination.)*
- ☐    disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

The Lead Management Analyst, Dwight Estrill, is a GS-14 and a male, and me a female, Management Analyst GS-12. We are the only two Management Analysts (Data) for the Office of Community Supervision and Intervention Services (OCSIS) that have expertise and skills to conduct data analysis using Statistical Analytical System (SAS), knowledge about and the utilization of CSOSA's SMART database for offender supervision data source information and merging various data sets into a single data set through data mapping, collaborating with the Office of Information Technology (OIT) and Office of Research and Evaluation (ORE) Developers to develop case management and performance related reports, and providing statistical data reports to OCSIS leadership that are used to identify and assist with evaluating performance targets and addressing performance target deficiencies for OCSIS' and

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
NA

B.   The Equal Employment Opportunity Commission *(check one)*:

☑   has not issued a Notice of Right to Sue letter.

☐   issued a Notice of Right to Sue letter, which I received on *(date)* _____

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I seek to receive pay commensurate with that of my colleague because we share responsibilities and tasks that are exactly the same. Additionally, I am requesting retroactive pay in the amount of $267,582. This amount was determined by calculating the difference of salaries at the 12/10 and 14/10 levels from 2017-2022 according to the OPM yearly salary tables. I seek $200,686 in punititve damages. This is based on 75% of the retroactive pay amount.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.       For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        11/29/2022

Signature of Plaintiff        *Priscilla Michelle Alston*

Printed Name of Plaintiff        Priscilla Michelle Alston

### B.       For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

E. The facts of my case are as follows. Attach additional pages if needed. (Priscilla Michelle Alston)

The Lead Management Analyst, Dwight Estrill, is a GS-14 and a male, and me a female, Management Analyst GS-12. We are the only two Management Analysts (Data) for the Office of Community Supervision and Intervention Services (OCSIS) that have expertise and skills to conduct data analysis using Statistical Analytical System (SAS), knowledge about and the utilization of CSOSA's SMART database for offender supervision data source information and merging various data sets into a single data set through data mapping, collaborating with the Office of Information Technology (OIT) and Office of Research and Evaluation (ORE) Developers to develop case management and performance related reports, and providing statistical data reports to OCSIS leadership that are used to identify and assist with evaluating performance targets and addressing performance target deficiencies for OCSIS' and other division business processes and practices.

III. Statement of Claim (Priscilla Michelle Alston)

Since September 2017, I have been discriminated against due to my gender/Equal Pay Act, as a result, I have not been equitably compensated comparable to my co-worker. I along with my co-worker were reassigned to the Office of Community Supervision and Intervention Services (OCSIS) formerly named Community Supervision Services (CSS) as Management Analysts (Data). I am a GS-12 (female), and my co-worker is a Lead Management Analyst (GS-14; male). At the time of the reassignments, and to date, we both perform exact assignments that require substantially equal skill, effort, and responsibility under the same working conditions. Yolanda Bethea has served as my supervisor for majority of my time in OCSIS. Lorenzo Harris became my first line supervisor in late 2021 with Yolanda Bethea serving as my second line supervisor. There is no distinction of duties between the Lead Management Analyst and me.  The Lead Management Analyst and I have continuously shared the same responsibilities despite the substantial difference in pay grade. When the Lead Management Analyst is not in a duty status, I perform his duties along with duties that I am assigned.

Work is mostly assigned based upon incoming requests through emails, Performance Support Unit (PSU) Helpdesk, PSU SharePoint ticket system and workgroup meetings. Several emails from my supervisors', Information and Technology Developers, OCSIS Leadership and Managers does not differentiate between the Lead Management Analyst and me when requesting work of the two of us. Below is a list of responsibilities where we do the exact same job.

- Lead various meetings with OCSIS leadership and Managers and CSOSA's SELT to identify data discrepancies and provide solutions and direction on how to effectively improve low performance target measures.
- Is the "Go to person" for data gathering and analyzing data, present various statistical and case summary reports to OCSIS leadership and Managers and CSOSA's SELT to include charts/graphs to compare performance results with established performance targets.
- Is the "Go to person" for creating proactive and performance data reports by writing SAS code to monitor and track performance trends and case activities.
- Perform statistical procedures by writing SAS code and analyze data to produce reports highlighting performance strengths and weaknesses in relation to OCSIS policies/procedures and the Agency's Strategic Plan.
- Analyze data and create case summaries reports for OCSIS leadership and Managers and CSOSA's SELT to improve the efficiency and effectiveness of CSOSA programs, policies, and procedures.
- Use SAS code/data to create reports to evaluate and address Agency's performance targets and the data is a key factor for leadership performance decision-making.
- Create descriptive reports that are utilized both internally and externally to support the mission of the agency in supporting evidence-based decisions, allocation of resources, and programming needs.
- Often Point of contact about matters related to performance data and providing direction to OIT developers and contractors on the design of Dashboard reports.
- Interpret and explain OCSIS policies and procedures to IT Developers and contractors for Dashboard report building.

- Instruct and direct IT Developers and contractors on location of Agency's data source tables, data mapping and data requirements used in building Dashboard reports that help line staff, managers, OCSIS Leadership and SELT members to address performance targets.
- Validate and analyze data in Dashboard reports that are used to help staff efficiently and effectively complete their daily activities and meet the supervision goals of the Agency.
- Provide technical support to Dashboard users (e.g., line staff, managers, OCSIS Leadership, etc.) on the functionality and data visualizations of Power BI.
- Collaborate with OCSIS leadership to identify data issues and problems in the data that impacts providing internal and external stakeholders with accurate offender supervision data.
- Create program code in SAS to develop reports that analyze offenders' compliance and performance measures that are used to inform decision makers about potential gaps in performance data and when enhancement or creation of policy direction is required.

Exhibit A

Emails

**Michelle Alston**

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Monday, November 28, 2022 4:10 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: Warrant cases |

**From:** Michelle Alston <Michelle.Alston@csosa.gov>
**Sent:** Tuesday, June 8, 2021 9:43 AM
**To:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>; Dwight Estrill <Dwight.Estrill@csosa.gov>
**Subject:** Re: Warrant cases

Good morning,

You're welcome Yolanda. I'll look into it and let you know about identifying offenders with warrants in both releasing authorities.

Michelle

**From:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Sent:** Tuesday, June 8, 2021 9:40:15 AM
**To:** Michelle Alston <Michelle.Alston@csosa.gov>; Dwight Estrill <Dwight.Estrill@csosa.gov>
**Subject:** FW: Warrant cases

Hello Michelle and Dwight,

Can you identify and tell me how many cases have both a DCSC warrant and a USPC warrant? In other words one offender holding warrants with both releasing authorities?

Thanks

**From:** Michelle Alston <Michelle.Alston@csosa.gov>
**Sent:** Monday, June 7, 2021 6:45 PM
**To:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Cc:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Subject:** RE: Warrant cases

Yolanda,

See attached report that contains data based on your request below. The Excel spreadsheet has three tabs for the detail information and two tabs that list warrant and case type data. The report sent to Carol provided a list on unique offender count. Since your request asked for Warrant type and jurisdiction, the report contains duplicate count for offenders. Please let me know if you have any questions.

Michelle

**From:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Sent:** Monday, June 7, 2021 3:12 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** FW: Warrant cases

Hello Dwight and Michelle,

It is possible for you to split this listing by 1) misdemeanor vs felony warrants 2) How many have DCSC Warrant and USPC Warrants?

Thanks

**From:** Carol Snyder <carol.snyder@csosa.gov>
**Sent:** Monday, June 7, 2021 11:17 AM
**To:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Cc:** Knikkia Elwood <Knikkia.Elwood@csosa.gov>
**Subject:** FW: Warrant cases

FYI – This is the weekly we get for all warrants; it can be sorted in any manner.  These may be included in Safe Surrender but when you get more information please share so we can prepare.  Thanks
Carol

**From:** Michelle Alston <Michelle.Alston@csosa.gov>
**Sent:** Monday, June 7, 2021 11:13 AM
**To:** Carol Snyder <carol.snyder@csosa.gov>
**Cc:** Knikkia Elwood <Knikkia.Elwood@csosa.gov>
**Subject:** Warrant cases

Good morning Carol,

See attached report of Warrant cases based on caseload as of June 6, 2021.

Michelle

## Michelle Alston

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Monday, November 28, 2022 4:03 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: Data Request |
| **Attachments:** | Offenders with a Gun Realted Offense or GOR Spec. Condition (Legacy Data).xlsx |

**From:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Sent:** Wednesday, November 24, 2021 8:18 AM
**To:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>; Carol Snyder <carol.snyder@csosa.gov>
**Cc:** Michelle Alston <Michelle.Alston@csosa.gov>; Kaitlin Forsha <Kaitlin.Forsha@csosa.gov>
**Subject:** RE: Data Request

Good morning Yolanda and Carol,

The attached spreadsheet report contains a list of all offenders who are supervised for a Gun related offense, or who has a Gun Offender Registry (GOR) Special Condition. There were a total of 1,386 offenders. This information is based on SMART Legacy data, so it won't be up-to-date. We included a column named "Gun_Chg_GOR_Spec_Cond", which identifies whether the offender has a Gun related offense, has a GOR Special Condition, or both. Additionally, the second tab of the report provides a summary count of offenders by PSA and State. Of the total 1,386 offenders, 1,188 offenders had a Washington, DC address. The remaining 198 offenders reside in various other States. If you have any questions, please let us know.

Regards,

Dwight L. Estrill
Management Analyst, OCSIS

**From:** Dwight Estrill
**Sent:** Wednesday, November 24, 2021 7:15 AM
**To:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Cc:** Carol Snyder <carol.snyder@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>; Kaitlin Forsha <Kaitlin.Forsha@csosa.gov>
**Subject:** RE: Data Request

Good morning Yolanda,

I hope that you are well this morning. Michelle and I will begin to compile the information. We will identify any offender who is being supervised for a Gun Offense, or who has a special condition for Gun Offender Registration. Please let me know if that meets the needs of the request.

Regards,

Dwight L. Estrill
Management Analyst, OCSIS

**From:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Sent:** Tuesday, November 23, 2021 9:49 AM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>; Kaitlin Forsha <Kaitlin.Forsha@csosa.gov>
**Cc:** Carol Snyder <carol.snyder@csosa.gov>
**Subject:** Data Request

Hello Dwight, Michelle, and Kaitlin,

Carol is working on a project for Director Tischner the kickoff is 11/29. Carol needs the following information if possible.

*Dwight and Michelle - Please provide Carol Snyder a report from Legacy SMART of all gun offenders regardless of status.  Name, PDID, Supervision Officer, Branch/Team, Address, PSA, Charge, GOR if required.

*Kaitlin – Please provide Carol the new case assignments from 10/24 to current and include her on your distribution list moving forward.

Please call me if you have any questions.

Thanks,

Yolanda

## Michelle Alston

**From:** Michelle Alston
**Sent:** Monday, November 28, 2022 4:03 PM
**To:** chelle_watson
**Subject:** FW: Data Request

**From:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Sent:** Tuesday, November 30, 2021 4:32 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Cc:** Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** RE: Data Request

Special condition. Sorry for the late response this morning on my way in I had a flat tire. I made it to the tire shop and it took me 2 hours to get in. Nevertheless, everything worked out and I am rolling again.

**From:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Sent:** Tuesday, November 30, 2021 7:37 AM
**To:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Cc:** Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** RE: Data Request

Good morning Yolanda,

I hope that you are well this morning.  Yes, we can provide you with the number of CPO cases that existed as of October 22, 2021.  When you refer to 's/c' are you referring to special condition or show cause?  If it is special condition, are you interested in Domestic Violence/Family Violence special condition.  Any other conditions?  Thank you.

Best,

Dwight L. Estrill
Management Analyst, OCSIS

**From:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Sent:** Monday, November 29, 2021 5:58 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** Data Request

Hello Dwight and Michelle,

Can you tell me from legacy smart how many CPO cases we have?  If you can delineate between cases without s/c and cases with s/c that would be great, also risk level, officer, branch/team. There is no rush if I can have by Wed or Thursday of this week that would be great.

Best,

Yolanda

## Michelle Alston

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Monday, November 28, 2022 3:58 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: Compliance Report |

**From:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Sent:** Wednesday, December 15, 2021 5:02 PM
**To:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Cc:** Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** RE: Compliance Report

Good afternoon Yolanda,

I hope that you are well.  During our meeting with the OIT and the ORE, Mike Vasquez advised us that Director Tischner wants one version of data for reporting, that being Power BI.  Mike also shared that the hope is for all of our reporting and data requests to be generated and addressed via Power BI.  We have a high reliance on the OIT and ORE to provide us with the relevant data for our reporting needs, so Michelle and I have been sharing with the ORE, the various subject areas that we need for report creation.

The following is the criteria for the Compliance Report that Debbie referenced:

Compliance Report Basic **Criteria**:
- Active type supervision status and overall supervision status = "ACTIVE"
- Branches 'IIA' 'IIB' 'III' 'VII' 'IX', or Teams 24 or 25
- Supervision Level = Intensive or Maximum

For offenders meeting the criteria, we provide the following:
- General Supervision related information
- Most recent Running Record and date
- Most recent Housing Contact and date
- Yes/No Flag identifying whether or not the offender had one of the following non-compliant events in the past 7 days:
  - Arrest
  - Treatment failure
  - GPS Violation in the Violation module

We can apply the Supervision Status, Supervision Level and Branch/Team criteria to the current Caseload data in Power BI.  Much of the additional data needed to complete the report such as Running Record, Housing Contact, Treatment Failure and GPS Violation information data are not yet available in Power BI.

Regards,

Dwight L. Estrill
Management Analyst, OCSIS

**From:** Michelle Alston <Michelle.Alston@csosa.gov>
**Sent:** Tuesday, December 14, 2021 12:38 PM
**To:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Cc:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Subject:** RE: Compliance Report

Hello Yolanda,

Dwight is out of the office and plan to return tomorrow. We've been meeting with ORE. The agenda has been discussing the data elements needed to start providing data to our users. Most recently they added the data elements drug tests, special conditions and arrest to the Power BI caseload. We have a meeting tomorrow with them to discuss additional data elements. In addition to them providing this data, we are still in the validating stage of the data. I'll work on providing Dr. Kafami with the rearrest data that provided in Power BI.

1. Reports Requested that ORE is working/worked on:
   - HIST Needs
   - Home Visits
   - Home Verification
   - Special Conditions
   - Referrals
   - DROAR
   - Rearrest
   - Cases Past Expiration
   - Caseload Summary

Michelle

**From:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Sent:** Tuesday, December 14, 2021 12:17 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** Compliance Report

Hello Dwight and Michelle,

I hope you are both doing well. During our DAD meeting today I as asked when you all might be ready to furnish needed reports from SMART 21. Please provide an update.

In the meantime can you please work to provide these two reports to DAD Milam the 1. Non-Compliant Report 2. Rearrest Report (Dr. Kafami is requesting please let me know if it is possible if not don't worry CIMIC receives the info via email)

**Michelle Alston**

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Monday, November 28, 2022 3:50 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: Data Request |

**From:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Sent:** Tuesday, November 30, 2021 4:32 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Cc:** Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** RE: Data Request

Special condition. Sorry for the late response this morning on my way in I had a flat tire. I made it to the tire shop and it took me 2 hours to get in. Nevertheless, everything worked out and I am rolling again.

**From:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Sent:** Tuesday, November 30, 2021 7:37 AM
**To:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Cc:** Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** RE: Data Request

Good morning Yolanda,

I hope that you are well this morning.  Yes, we can provide you with the number of CPO cases that existed as of October 22, 2021.  When you refer to 's/c' are you referring to special condition or show cause?  If it is special condition, are you interested in Domestic Violence/Family Violence special condition.  Any other conditions?  Thank you.

Best,

Dwight L. Estrill
Management Analyst, OCSIS

**From:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Sent:** Monday, November 29, 2021 5:58 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** Data Request

Hello Dwight and Michelle,

Can you tell me from legacy smart how many CPO cases we have?  If you can delineate between cases without s/c and cases with s/c that would be great, also risk level, officer, branch/team. There is no rush if I can have by Wed or Thursday of this week that would be great.

Best,

Yolanda

**Michelle Alston**

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Thursday, November 10, 2022 3:18 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: We are up to 70 referrals of 440 |

**From:** Michelle Alston <Michelle.Alston@csosa.gov>
**Sent:** Thursday, December 2, 2021 9:18 AM
**To:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>; Dwight Estrill <Dwight.Estrill@csosa.gov>
**Subject:** Re: We are up to 70 referrals of 440

Good morning Yolanda,

Yes I'm able to provide a report with the number of GPS referrals selecting referral type GPS monitoring. The date range you provided are future dates. Do you want me to provide the report after the 10th?

Michelle

**From:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Sent:** Thursday, December 2, 2021 9:00:42 AM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** FW: We are up to 70 referrals of 440

Hello Dwight and Michelle,

Are you able to pull a list from SMART 21 of GPS referrals from 12/2 – 12/10.

Thanks

**From:** Debra Kafami <Debra.Kafami@csosa.gov>
**Sent:** Wednesday, December 1, 2021 5:07 PM
**To:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Cc:** John Milam <John.Milam@csosa.gov>
**Subject:** FW: We are up to 70 referrals of 440

Dear Yolanda:

Hi!  Can we get the list of referrals made from SMART21 on a daily basis?

        Debbie

**From:** Elizabeth Powell <Elizabeth.Powell@csosa.gov>
**Sent:** Wednesday, December 1, 2021 4:22 PM
**To:** Debra Kafami <Debra.Kafami@csosa.gov>
**Subject:** Re: We are up to 70 referrals of 440

## Michelle Alston

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Thursday, November 10, 2022 12:01 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: Monthly Workload Report |
| **Attachments:** | Caseload by Br_Tm_CSO_SupLevel.xlsx; Caseload Br_Tm_CSO_OverallStatus.xlsx |

**From:** Michelle Alston
**Sent:** Tuesday, August 2, 2022 1:02 PM
**To:** Marcus Hodges <Marcus.Hodges@csosa.gov>
**Cc:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>; Dwight Estrill <Dwight.Estrill@csosa.gov>
**Subject:** RE: Monthly Workload Report

Good afternoon Mr. Hodges,

See attached Excel spreadsheets regarding the caseload as of 8/2/2022. There are two views to the data, supervision level and overall status by Branch, Team and CSO.

Michelle

**From:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Sent:** Tuesday, August 2, 2022 12:34 PM
**To:** Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** Monthly Workload Report

Hello Michelle,

Could you please email AD Hodges the monthly workload report? Thanks

YB

## Michelle Alston

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Friday, August 7, 2020 11:42 AM |
| **To:** | Yolanda Bethea |
| **Cc:** | Dwight Estrill |
| **Subject:** | RE: TIPS assignments and offender released |
| **Attachments:** | TIPS_Future_Release_Dates24Aug2020_30Aug2020.xls |

Yolanda,

Currently I provide Kaitlin with a weekly report on TIPS cases with a future release date (see attached). What I can do is bump this list against CSOSA's daily caseload to determine if the case already has an assignment to a supervision team and obtain the supervision status.

Michelle

**From:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Sent:** Friday, August 7, 2020 11:36 AM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** FW: TIPS assignments and offender released

Happy Friday Michelle and Dwight,

I'll put in a ticket for this request but wanted to give you an example of what is needed.

Have a great weekend.

**From:** Debra Kafami <Debra.Kafami@csosa.gov>
**Sent:** Friday, August 7, 2020 11:31 AM
**To:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Cc:** John Milam <John.Milam@csosa.gov>
**Subject:** TIPS assignments and offender released

Dear Yolanda:

Hi! I was reviewing this case to check on his special conditions and notice that the first report record, 12/4/20, may need to be deleted or have a status of Case Closed. This fellow was released early due to COVID and did not go through the RRC. However, TIPS did its report on 5/22/20 as an expedite. The 12/4/20 record looks like a TIPS report was done when one was not.

You may want to have PSU run a report to see if we have other cases like this, where we have a future TIPS report due date, and the offender is in an active supervision status.

Thanks!

Debbie

**Muhammed Al-Mahdi**

**■ Investigations History**

| Investigation Due Date | Type | Subtype | Docket# | Status |
|---|---|---|---|---|
| 12/4/2020 | TIPS | Institutional | 1998-FEL-002019 | SCSO Approved |
| 5/22/2020 | TIPS | Institutional | 1998-FEL-002019 | SCSO Approved |
| | TIPS | | 1997_CMD_011582 | Closed on Conversion of S3 |

## Michelle Alston

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Monday, November 28, 2022 4:20 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: SCSO Report and Status Update on the RR report |

**From:** Michelle Alston
**Sent:** Monday, November 14, 2022 12:43 PM
**To:** Debra Kafami <Debra.Kafami@csosa.gov>; Dwight Estrill <Dwight.Estrill@csosa.gov>
**Cc:** Lorenzo Harris <Lorenzo.Harris@csosa.gov>
**Subject:** RE: SCSO Report and Status Update on the RR report

Good afternoon Dr. Kafami,

The RR report is in the stage of validation. Yes, I will create a ticket for the SCSO RR report to be placed in the Dashboard. Can you provide the reporting requirements for the report? We would like to know the reporting requirements such as (1) how far back to capture RR entries (2) would the SCSO team assignment be based on current assignment (3) visual layout of the report – i.e. SCSO count by month, count by purpose code.

Regards,

Michelle

**From:** Debra Kafami <Debra.Kafami@csosa.gov>
**Sent:** Monday, November 14, 2022 12:31 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>
**Cc:** Lorenzo Harris <Lorenzo.Harris@csosa.gov>
**Subject:** SCSO Report and Status Update on the RR report

Dear Dwight and Michelle:

Hi!  I believe last year, you had developed an SCSO report for me that identified RR entries entered by SCSOs over a specified time period and the purposes.  Can I get that report into BI?

Also, how is the RR report coming?

      Thanks!

      Debbie

## Michelle Alston

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Monday, November 28, 2022 4:19 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: Rearrested Offender Report |
| | |
| **Importance:** | High |

**From:** Debra Kafami <Debra.Kafami@csosa.gov>
**Sent:** Monday, November 14, 2022 4:31 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>
**Cc:** Lorenzo Harris <Lorenzo.Harris@csosa.gov>
**Subject:** Rearrested Offender Report
**Importance:** High

Dear Dwight and Michelle:

Hi!  For this rearrest report, would you please update the report to include offenders whose supervision period has closed, but they were rearrested during the period in question?

Also, do we have any way in SMART to identify offenders who were rearrested due to a shooting?  I would think murders, AWDW, or AWIK would most likely involve a gun, but I know not always—could be a knife or a beating, etc.

Thanks!

Debbie



## Michelle Alston

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Monday, November 28, 2022 4:14 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: Follow-up: Case Flow Report |

**From:** Michelle Alston <Michelle.Alston@csosa.gov>
**Sent:** Tuesday, March 23, 2021 8:49 AM
**To:** Lorenzo Harris <Lorenzo.Harris@csosa.gov>
**Subject:** Re: Follow-up: Case Flow Report

Yw.

**From:** Lorenzo Harris <Lorenzo.Harris@csosa.gov>
**Sent:** Tuesday, March 23, 2021 8:48:16 AM
**To:** Michelle Alston <Michelle.Alston@csosa.gov>; Dwight Estrill <Dwight.Estrill@csosa.gov>
**Subject:** RE: Follow-up: Case Flow Report

Thanks Michelle!

**From:** Michelle Alston <Michelle.Alston@csosa.gov>
**Sent:** Tuesday, March 23, 2021 8:45 AM
**To:** Lorenzo Harris <Lorenzo.Harris@csosa.gov>; Dwight Estrill <Dwight.Estrill@csosa.gov>
**Subject:** RE: Follow-up: Case Flow Report

Good morning Lorenzo,

I have not heard from Dr. Kafami.

Michelle

**From:** Lorenzo Harris <Lorenzo.Harris@csosa.gov>
**Sent:** Tuesday, March 23, 2021 7:27 AM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** FW: Follow-up: Case Flow Report

Good morning Dwight and Michelle.

Have the two of you heard from Dr. Kafami on the Case Flow Report?

**From:** Lorenzo Harris
**Sent:** Thursday, March 11, 2021 4:40 PM
**To:** Debra Kafami <Debra.Kafami@csosa.gov>
**Subject:** Follow-up: Case Flow Report

Hello Dr. Kafami.

I've considered this request and discussed it with Dwight and Michelle. As you indicated below, SMART adjustments are necessary to avoid putting PSU in a position of creating a makeshift solution with what's currently available that may only come close to the desired outcome. Those adjustments, however, will create additional steps to the case assignment/transfer processes. To help balance the need with the anticipated burden, can you tell me:

1. What is the targeted issue?

2. How will this report be used to address that issue?

3. Can your interests be satisfied with a resource currently in existence?

Lorenzo

**From:** Debra Kafami <Debra.Kafami@csosa.gov>
**Sent:** Friday, February 5, 2021 5:46 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Cc:** John Milam <John.Milam@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>; Marisha Harper <Marisha.Harper@csosa.gov>; Lorenzo Harris <Lorenzo.Harris@csosa.gov>; Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Subject:** RE: Weekly new case assignment report

Dear Dwight:

Hi!  I agree that we need a clean way to identify RAP In assignments to supervision (and investigations, too).

It is my understanding that staff do not necessarily know which team a case is always going to because SMART has the built in case assignment logic that rotates assignments between teams.  It is not until the assignment is made, and the RAP staff's assignment ends, that the staff know to which team the offender went.

I believe that IT should be able to update/reengineer SMART so that what we need is clear on the back end.  I would like BC Harris to follow up, along with you, with IT on how this can be captured for us so you can develop reports.

    Thanks!

    Debbie

**From:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Sent:** Thursday, February 4, 2021 5:36 PM
**To:** Debra Kafami <Debra.Kafami@csosa.gov>
**Cc:** John Milam <John.Milam@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>; Marisha Harper <Marisha.Harper@csosa.gov>; Lorenzo Harris <Lorenzo.Harris@csosa.gov>; Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Subject:** RE: Weekly new case assignment report

Good afternoon Debbie,

Hope this e-mail find you well. I was following up on the e-mail I sent below. Since the writing of that e-mail, Michelle and I have been working on the task to identify Initial Assignments from the RAP. We found that the RAP may re-open cases for a number of reasons. This weakens our logic of classifying all assignments created by the RAP as Initial Assignments. This lessens the accuracy of an Initial Assignment report, and supports our recommendation for the development of a method of categorizing assignments. At your convenience, please let us know your thoughts.

Best,

Dwight Estrill
Management Analyst, OCSIS

**From:** Dwight Estrill
**Sent:** Tuesday, January 26, 2021 9:10 AM
**To:** Debra Kafami <Debra.Kafami@csosa.gov>
**Cc:** John Milam <John.Milam@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>; Marisha Harper <Marisha.Harper@csosa.gov>; Lorenzo Harris <Lorenzo.Harris@csosa.gov>; Yolanda Bethea (Yolanda.Bethea@csosa.gov) <Yolanda.Bethea@csosa.gov>
**Subject:** RE: Weekly new case assignment report

Good morning Debbie,

I hope that you are well this morning. Thank you for your response. My recollection was that the topic of identifying case transfers and the reason had been raised in the past. I searched my e-mails, and found the attached e-mail from 2011, which contains correspondence from Kathleen French surrounding this topic. It states exactly what you stated.

My concern is that we use very speculative and indirect methods in an attempt to identify RAP In (initial assignments), and Transfer In (transfer assignments) that do not assure accurate results.

The current method we use to identify a "RAP In" is to identify assignment records that were created by a RAP staff. Due to problems with the staff table that have been encountered in the past (staff having multiple open staff role records flagged as primary or neither marked as primary, etc.), there may be issues of accuracy.

In order to identify whether a case is transferred, we have to look at assignments with an assignment start date in the reporting period of interest, then identify a prior assignment to a CSO for the same offender, which relates to the same supervision period. If the prior assignment's Branch, Team or CSO are different to the current Branch, Team and CSO, then we flag it as a transfer.

I recommend a column in SMART that contains a drop-down list of assignment types (e.g. initial assignment, transfer, etc.), which would be selected when an assignment record is created. Two additional columns; one to identify the Branch and one to identify the team to which the case is being assigned would be required to be updated when the case is being transferred. Obviously this method would be refined to capture the process in entirety.

Please let us know your thoughts.

Regards,

Dwight Estrill
Management Analyst, OCSIS

**From:** Debra Kafami <Debra.Kafami@csosa.gov>
**Sent:** Monday, January 25, 2021 5:17 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>

**Cc:** John Milam <John.Milam@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>; Marisha Harper <Marisha.Harper@csosa.gov>; Lorenzo Harris <Lorenzo.Harris@csosa.gov>
**Subject:** RE: Weekly new case assignment report

Dear Dwight:

Hi!  I thought I responded to Michelle's email…maybe it didn't get sent.

We do have a drop down in SMART for why cases are transferred, but it is only used, I believe, for mass transfers or transfers outside the Team.  For this report, we are interested in movement of offenders who are transferred from one team to another.

It would be good to have a summary table that shows the BR/TMs and possible CSOs (or maybe that is a different tab) in the first column and then columns to the right for ==RAP In, Transfer In, Total Transferred In, Closed Offenders, and Net Increase/Decrease==.

I am copying Lorenzo because it would be good to know why offenders are transferred within the team.  We won't know this if staff transfer cases from the offender list.

> Thanks!
>
> Debbie

**From:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Sent:** Monday, January 25, 2021 9:23 AM
**To:** Debra Kafami <Debra.Kafami@csosa.gov>
**Cc:** John Milam <John.Milam@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>; Marisha Harper <Marisha.Harper@csosa.gov>
**Subject:** RE: Weekly new case assignment report

Good morning Debbie,

I hope that you had a restful weekend, and that you are well this morning.  I am working on the following request listed below, and wanted to get some clarification.

- *Would like one report that shows cases assigned, cases transferred, and cases leaving the Branch/team and why (i.e., closed/transferred).  We would like this report on a monthly, quarterly, and yearly basis.*

I interpret your request to be that you want to single report that provides new case assignments, cases transferred and cases closed during a specified time period.  Is this an accurate interpretation of your request?  Also,  in Michelle's e-mail below, she asked whether there is a drop-down or somewhere in SMART where the reason for a case transfer is recorded.  Please let us know.  If this is not recorded, we won't be able to tell the reason for a case transfer.

Best,

Dwight Estrill
Management Analyst, OCSIS

**From:** Michelle Alston <Michelle.Alston@csosa.gov>
**Sent:** Tuesday, January 19, 2021 1:10 PM
**To:** Debra Kafami <Debra.Kafami@csosa.gov>

**Cc:** John Milam <John.Milam@csosa.gov>; Dwight Estrill <Dwight.Estrill@csosa.gov>
**Subject:** RE: Weekly new case assignment report

You're welcome.

In the past, I've done this report for Branch III (BC Gordon) and Branch IIB (BC Walker). It's not a regularly ran report. It's only produced upon the BC's request. The report identified Branch cases transferred outside the Branch and cases transferred into the Branch during a specific time period. The report did not identify the reason. Is there a drop down recorded in SMART that identifies the reason for a case transfer? If there is please identify and I will see if it can be mapped to a specific case to report on the reason for transfer.

Michelle

**From:** Debra Kafami <Debra.Kafami@csosa.gov>
**Sent:** Tuesday, January 19, 2021 1:02 PM
**To:** Michelle Alston <Michelle.Alston@csosa.gov>
**Cc:** John Milam <John.Milam@csosa.gov>
**Subject:** RE: Weekly new case assignment report

Outstanding report, Michelle!  Can we get one report that shows cases assigned, cases transferred, and cases leaving the team and why (i.e., closed/transferred).

You had mentioned to me that Akil had requested this report (three different data sets).  Did it go to any other BCs?

We also could use this report on a monthly, quarterly, and yearly basis.

Thanks!

Debbie

**From:** Michelle Alston <Michelle.Alston@csosa.gov>
**Sent:** Tuesday, January 19, 2021 11:51 AM
**To:** Debra Kafami <Debra.Kafami@csosa.gov>
**Cc:** John Milam <John.Milam@csosa.gov>
**Subject:** Weekly new case assignment report

Good morning Dr. Kafami,

I hope that all is well. This email is in reference to your PSU ticket data request noted below. Attached is the report for new assignments during the week of January 11, 2021. The assignment date is based on the SCSO date assigned and CSO assignment is based on the initial CSO that was assigned the case after the SCSO assignment from RAP. The variables mentioned in your request are included in the report. Please let me know if you have any questions.

**Michelle Alston**

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Monday, November 28, 2022 4:05 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: CSOSA POIs |
| **Attachments:** | CSOSAPOIs.xlsx |

**From:** Michelle Alston <Michelle.Alston@csosa.gov>
**Sent:** Monday, October 18, 2021 2:21 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Subject:** Fwd: CSOSA POIs

Hey Dwight,

Can you do this for Dr. Kafami? I haven't returned home from picking up my new laptop.

Michelle

**From:** Debra Kafami <Debra.Kafami@csosa.gov>
**Sent:** Monday, October 18, 2021 2:19:07 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>
**Cc:** Yolanda Bethea <Yolanda.Bethea@csosa.gov>; John Milam <John.Milam@csosa.gov>
**Subject:** CSOSA POIs

Dear Dwight and Michelle:

Hi! Would you be able to match the attached file up against SMART on PDID to obtain the offender's current BR, TM, and CSO assignment?

This list is MPD's POIs who are under our supervision. I want to give the list to the BCs so they can have the cases reviewed.

       Thanks!

       Debbie

## Michelle Alston

**From:** Michelle Alston
**Sent:** Thursday, November 10, 2022 10:35 AM
**To:** chelle_watson
**Subject:** FW: Update on Needed Data For Marcus

**From:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Sent:** Tuesday, October 18, 2022 7:59 AM
**To:** Debra Kafami <Debra.Kafami@csosa.gov>
**Cc:** Michelle Alston <Michelle.Alston@csosa.gov>; Lorenzo Harris <Lorenzo.Harris@csosa.gov>
**Subject:** RE: Update on Needed Data For Marcus

Good morning Debbie,

I hope that you are well this morning. Michelle and I spent the majority of the day yesterday developing the code to answer the employment question. Although we can logically and quickly think thru the path to the results, the steps in identifying the correct tables and writing the code to merge those tables can be much slower, especially when there are data nuances that aren't initially evident.

We have some preliminary numbers that will be reviewed this morning to ensure accuracy. Once that review is completed, we will share those numbers with you.

The following is the information we should be able to provide prior to your meeting:

- The number of offenders who were in an overall Active status at some time in FY22 and who was also unemployed at some time in FY 2022
- The number of those offenders who were employable
- The number of those offenders who obtained employment

We will put our best efforts forward, but may not be able to complete the portion relating to referrals prior to your 10:00 am meeting.

Regards,

Dwight L. Estrill
Management Analyst, OCSIS

**From:** Debra Kafami <Debra.Kafami@csosa.gov>
**Sent:** Monday, October 17, 2022 6:42 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Subject:** Update on Needed Data For Marcus

Dear Dwight:

Hi! I know you are working on this, but can you please give me an estimated completion date? I will need this for Marcus for my 10:00 a.m. meeting tomorrow

      Thanks!

Debbie

## Michelle Alston

**From:** Michelle Alston
**Sent:** Thursday, November 10, 2022 10:28 AM
**To:** chelle_watson
**Subject:** FW: Follow Up Re: Request for final Neighborhood Knock Data for Branch V -

**From:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Sent:** Wednesday, November 9, 2022 4:45 PM
**To:** Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** Automatic reply: Follow Up Re: Request for final Neighborhood Knock Data for Branch V -

Greetings, I am currently out of the office, and will return on Thursday, November 10th, 2022.  If you need immediate assistance, please call or e-mail Michelle Alston (202-680-3490), or Lorenzo Harris (202-369-0641).  I will respond to all voicemails/e-mails upon my return.

Regards,

Dwight L. Estrill
Management Analyst, OCSIS
Court Services & Offender Supervision Agency
601 Indiana Avenue, NW, Suite 620-L
Washington, DC 20001
(202) 442-1954(O)
(202) 380-6366(C)
(202) 585-7374 Fax

**Michelle Alston**

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Monday, November 28, 2022 4:32 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: Data Request |

**From:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Sent:** Wednesday, August 11, 2021 7:21 AM
**To:** Debra Kafami <Debra.Kafami@csosa.gov>
**Cc:** Michelle Alston <Michelle.Alston@csosa.gov>; Marisha Harper <Marisha.Harper@csosa.gov>
**Subject:** RE: Data Request

Good morning Debbie,

I hope that you are well this morning.  Thanks for the response; it provides a clearer picture of the report that you desire.  I will talk with Michelle, and take a look at the code that she uses to create the Team 125 report, to see if it can be modified to create a report for all Branches.

On another note, we met with David Fink yesterday, and he advised that it looks like the agency will be moving toward the use of Power BI as its Business Intelligence tool.  As such, he has been advised not to develop any new reports in Tableau.  If this report is to eventually be placed in a Dashboard, it will likely be Power BI.

Take care,

Dwight L. Estrill
Management Analyst, OCSIS

**From:** Debra Kafami <Debra.Kafami@csosa.gov>
**Sent:** Tuesday, August 10, 2021 6:51 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Cc:** Michelle Alston <Michelle.Alston@csosa.gov>; Marisha Harper <Marisha.Harper@csosa.gov>
**Subject:** RE: Data Request

Dear Dwight:

Hi!  Ideally, I would like to have this report in the Dashboard, where we could pull it by BR, TM, and CSO.

For this report, I would like data on RRs (purpose, date, who entered it, and contact with), last housing verification date, late employment verification date and status over a month.  The way the Team 125 report is, we can look at RR entries from the offender perspective, showing all entries made for an offender by all staff, as well as see all entries made by staff to whom the offender is assigned.  I would like to look at it over a month and have the ability to see all activity for the offender, the activity entered by the assigned CSO, and entries/activity by other staff on behalf of the offender.

Thanks!

Debbie

**From:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Sent:** Tuesday, August 10, 2021 7:49 AM
**To:** Debra Kafami <Debra.Kafami@csosa.gov>
**Cc:** Michelle Alston <Michelle.Alston@csosa.gov>; Marisha Harper <Marisha.Harper@csosa.gov>
**Subject:** Data Request

Good morning Debbie,

I hope that you are well this morning. We are preparing to work on your data request listed below, and had a question or two.

_Request_:
_I would like the DRC activity report replicated for all supervision teams and the warrant team. I want the ability to see entries/activities conducted by the assigned CSO and all staff._

Question(s):

1. The DRC Case Activity Report provides drug test, violation, sanctions, GPS, employment, charge and running record data for team 125 offenders. Are you simply requesting a report similar to the weekly DRC Activity Report that Michelle provides but for all offenders excluding team 125 offenders?

2. If so, should the format be the same as the weekly DRC Activity report?

Best,

Dwight L. Estrill
Management Analyst, OCSIS
Court Services & Offender Supervision Agency
601 Indiana Avenue, NW, Suite 620-L
Washington, DC 20001
(202) 442-1954(O)
(202) 380-6366(C)
(202) 585-7374 Fax

## Michelle Alston

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Monday, November 28, 2022 4:25 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: Power BI Reports |

**From:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Sent:** Friday, August 19, 2022 12:39 PM
**To:** Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** RE: Power BI Reports

Great, thanks for the update.  I appreciate you.

Best,

Dwight L. Estrill
Management Analyst, OCSIS

**From:** Michelle Alston <Michelle.Alston@csosa.gov>
**Sent:** Friday, August 19, 2022 12:37 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Subject:** FW: Power BI Reports

FYI.. I just walked Eatmon through Power BI to obtain the housing and employment data.

Michelle

**From:** George Eatmon <George.Eatmon@csosa.gov>
**Sent:** Friday, August 19, 2022 9:46 AM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** Power BI Reports

Good Morning,

Is it possible that one of you can give me a tutorial when you have time in Power BI on generating reports i.e. Housing and employment?

*George Eatmon*
*Supervisory Community Supervision Officer*
*High Risk Containment Strategies Division*
*High Intensity Supervision Unit Team #111*
*2101 Martin Luther King Jr. Ave, SE #2030*
*Washington, DC 20020*
*(202) 585-7780*

1



**Michelle Alston**

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Monday, November 28, 2022 4:21 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: Needed Data for Marcus |

**From:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Sent:** Monday, October 17, 2022 7:40 AM
**To:** Michelle Alston <Michelle.Alston@csosa.gov>
**Cc:** Lorenzo Harris <Lorenzo.Harris@csosa.gov>
**Subject:** RE: Needed Data for Marcus

Good morning Michelle,

I hope that you had a restful weekend and that you are doing well this morning.  Give me a call when you are available so that we can discuss Dr. Kafami's request.

Regards,

Dwight L. Estrill
Management Analyst, OCSIS

**From:** Debra Kafami <Debra.Kafami@csosa.gov>
**Sent:** Friday, October 14, 2022 4:15 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Cc:** Michelle Alston <Michelle.Alston@csosa.gov>; Lorenzo Harris <Lorenzo.Harris@csosa.gov>
**Subject:** Needed Data for Marcus
**Importance:** High

Dear Dwight:

Hi!  In follow up to our conversation today, here is what I need to provide to Marcus for internal reporting:

- The number of jobs, educational, vocational training and housing placements that we helped to secure on behalf of our supervisees for FY 2022.

I would like to develop the following reports:

An employment report that identifies:

- Number of offenders who were in an overall active status at some point in FY 2022 (10/1/21-9/30/22) either at intake or while under supervision, were unemployed, but employable. The data should include offenders who were closed during the FY if they meet the criteria.
  - Number of these offenders who subsequently became employed.
  - Number of these offenders who had one or more referrals, prior to becoming employed, for Community-Based Employment Services, BID referral for Employment.

1

    ○   If possible, I would like the report to include the offender name, C#, PDID#, and BR/TM/CSO and supv level at time of employment.

An education report that provides the number of offenders who were referred for BID for Education during the FY, regardless of supervision status during the FY. This report should include offenders whose supervision period closed during the FY.

A housing placement report. This report should include offenders who have a housing address type of Transitional Housing and/or a Community Based Housing Services referral any time during the FY. The offender must have been in an overall active status at the time of having a Transitional Housing address type and/or Community-based housing services referral.

A RR report that allows us to select offenders who are in a specific supervision status (like Active), over a specified time period (i.e, FY), and have one or more RR purpose values (like Job Acquisition, Job Fair, Job Preparation, job Referral, and DRC values.

I listed the reports in the order of importance. I do not have a set due date, but these are needed as soon as possible. If you have any ideas or questions, please let me know.

    Thanks!

    Debbie

## Michelle Alston

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Monday, November 28, 2022 1:27 PM |
| **To:** | chelle_watson |
| **Subject:** | Fwd: Information Needed |

**From:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Sent:** Monday, July 25, 2022 11:00 AM
**To:** Durriyyah M. Habeebullah <Durriyyah.Habeebullah@csosa.gov>
**Cc:** Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** RE: Information Needed

Hello DAD Habeebullah,

Per our earlier conversation, below are directions for submitting a data request. If you are unable to access the SharePoint request site, please let us know so that we can resolve the issue. Once the request is submitted, the ticket will be process and assigned Michelle Alston or me for processing. If your request is one that can be obtained from the Power BI Dashboard system that we reviewed during our MS Teams call, we will contact you and assist in creating your report. Let me know if you have any questions.

**Michelle Alston**

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Thursday, November 10, 2022 2:20 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: Follow Up Re: Request for final Neighborhood Knock Data for Branch V - |

**From:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Sent:** Thursday, November 10, 2022 8:35 AM
**To:** Matthew Hudson <Matthew.Hudson@csosa.gov>
**Cc:** Michelle Alston <Michelle.Alston@csosa.gov>; Tiffany Hill <Tiffany.Hill@csosa.gov>
**Subject:** RE: Follow Up Re: Request for final Neighborhood Knock Data for Branch V -

Good morning Matt,

Hope that you are well this morning.  We will add the request for a housing contacts report to the upcoming ORE PBI report development Sprint, which starts today.  In the meantime, Michelle and I have written some code that should be able to provide some Neighborhood Knock data.

Thanks for the notes that will be used to form the requirements for the development of a comprehensive Housing Contact report in PBI.  I will update you on progress.

Take care,

Dwight L. Estrill
Management Analyst, OCSIS

**From:** Matthew Hudson <Matthew.Hudson@csosa.gov>
**Sent:** Wednesday, November 9, 2022 5:41 PM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Cc:** Michelle Alston <Michelle.Alston@csosa.gov>; Tiffany Hill <Tiffany.Hill@csosa.gov>
**Subject:** FW: Follow Up Re: Request for final Neighborhood Knock Data for Branch V -

Hi Dwight – Tiffany and I are now working on this project together, and believe the below summarized our data request.  Please let us know a status, and when you expect a more comprehensive housing report might be available?

I've included responses to the 'Problem Prompts' you provided in our Teams chat.

Thanks

Data Request
Data report, showing all home visits from 10/1/2022 – 10/31/2022, with all purposes and verifications, and including contact with offender, collaterals, or no contact ("unable to verify").  Note, the current HV report excludes visits with collateral contacts, and only shows the most recent home visit. We are unable to view **all** visits in October, of even the last visit in October, now that we are into November.

**Problem**

1

## Michelle Alston

**From:** Michelle Alston
**Sent:** Thursday, November 10, 2022 10:33 AM
**To:** chelle_watson
**Subject:** FW: Reports requested by Dr. Kafami

**From:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Sent:** Monday, October 24, 2022 8:29 AM
**To:** Danish Ghauri <Danish.Ghauri@csosa.gov>
**Cc:** Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** RE: Reports requested by Dr. Kafami

Good morning Danish,

I hope that you had an enjoyable weekend and that you are well this morning.  I inquired of Dr. Kafami about whether the employment report was a one-time request.  She advised me that all of the reports should be routine, monthly/quarterly/yearly reports.

The Educational report that Dr. Kafami requested can be addressed by a historical version of the OCSIS Referral report, that provides data for the past two CYs and FYs.  Please share timelines for start and completion of the requested reports, so that I can alert Dr. Kafami.  Thanks in advance.

Best,

Dwight L. Estrill
Management Analyst, OCSIS

**From:** Dwight Estrill
**Sent:** Wednesday, October 19, 2022 11:15 AM
**To:** Danish Ghauri <Danish.Ghauri@csosa.gov>
**Cc:** Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** Reports requested by Dr. Kafami

Hi Danish,

The attached document contains a description of reports that Dr. Kafami has recently requested.  After a discussion, Michelle and I concluded that the Housing report may be a good choice for the initial report to develop.  I have asked Dr. Kafami to let us know if the employment report was a one-time request, or if it will be needed on an ongoing basis.  Let me know if you have any questions.

Best,

Dwight L. Estrill
Management Analyst, OCSIS
Court Services & Offender Supervision Agency
601 Indiana Avenue, NW, Suite 620-L
Washington, DC 20001

(202) 442-1954(O)
(202) 380-6366(C)
(202) 585-7374 Fax

**Michelle Alston**

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Monday, November 28, 2022 4:23 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: CSOSA Enterprise Data Warehouse Meeting  -  OCSIS & OIT |

**From:** Anthony Burley <Anthony.Burley@csosa.gov>
**Sent:** Wednesday, October 5, 2022 11:16 AM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Cc:** Lorenzo Harris <Lorenzo.Harris@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>; Corey L Carter <Corey.Carter@csosa.gov>
**Subject:** RE: CSOSA Enterprise Data Warehouse Meeting - OCSIS & OIT

Got it....looks like Michelle will be solo on the microphone today 😊

**From:** Dwight Estrill <Dwight.Estrill@csosa.gov>
**Sent:** Wednesday, October 5, 2022 11:15 AM
**To:** Anthony Burley <Anthony.Burley@csosa.gov>
**Cc:** Lorenzo Harris <Lorenzo.Harris@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>; Corey L Carter <Corey.Carter@csosa.gov>
**Subject:** RE: CSOSA Enterprise Data Warehouse Meeting - OCSIS & OIT

Hi Anthony,

Hope that all is well.  I am on leave starting at 11:45 am today, so I won't be available for today's meeting.  I return to the office next Wednesday, 10/12.

Best,

Dwight L. Estrill
Management Analyst, OCSIS

**From:** Anthony Burley <Anthony.Burley@csosa.gov>
**Sent:** Wednesday, October 5, 2022 11:07 AM
**To:** Michelle Alston <Michelle.Alston@csosa.gov>; Dwight Estrill <Dwight.Estrill@csosa.gov>; Corey L Carter <Corey.Carter@csosa.gov>
**Cc:** Lorenzo Harris <Lorenzo.Harris@csosa.gov>
**Subject:** RE: CSOSA Enterprise Data Warehouse Meeting - OCSIS & OIT

Hey Michelle and Dwight – Actually, the team would like to meet with you today at the normally scheduled time.

Is that possible?

Thanks,

Anthony

-----Original Appointment-----
**From:** Anthony Burley
**Sent:** Wednesday, October 5, 2022 10:46 AM
**To:** Michelle Alston; Dwight Estrill; Corey L Carter; Robert Lou; Vikram Kumeta; Sarfraz Abid; Yufu Huang; Brandin Curry; katie.chen@simpletechnology.io; steve.varner@ais.com; Carter, Corey; Kumeta, Vikram; robert.lou@ais.com; yufu.huang@simpletechnology.io; fraz.abid@ais.com; Jeffrey E Alexander; Jeff Alexander @ STS; Katie Chen; Kumeta, Vikram; Andrew Ogah @ STS; Andrew Ogah; Joe Deal @ STS; Joseph A Deal; Anthony Burley; saim.bashir@simpletechnology.io; Saim Bashir; Anthony Paul Moseley; Tony.Moseley@simpletechnology.io
**Cc:** Lorenzo Harris; Michael Vasquez; allison.glover@simpletechnology.io
**Subject:** Canceled: CSOSA Enterprise Data Warehouse Meeting - OCSIS & OIT
**When:** Wednesday, October 5, 2022 2:00 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** MS Teams Hosted - https://teams.microsoft.com/l/meetup-join/19%3ameeting_ZTUyOGNmMDktOGQ0Zi00ZTVmLThhYzMtZTdhMGIyNTBkOWM0%40thread.v2/0?context=%7b%22Tid%22%3a%22cee06d03-d4ac-4cc3-8d8c-88a4b0623d59%22%2c%22Oid%22%3a%223d968c15-cd67-4375-9a91-c7ab69297a63
**Importance:** High

Agenda/Questions Forthcoming

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 202-870-5960,,93822329#   United States, Washington DC

Phone Conference ID: 938 223 29#
Find a local number | Reset PIN

Learn More | Meeting options

## Michelle Alston

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Monday, November 28, 2022 4:22 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: BI Investigation Caseload Report |

**From:** Danish Ghauri <Danish.Ghauri@csosa.gov>
**Sent:** Thursday, October 6, 2022 11:20 AM
**To:** David G. Thompson <David.Thompson@csosa.gov>; Dwight Estrill <Dwight.Estrill@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>
**Cc:** Akil Walker <Akil.Walker@csosa.gov>; Elizabeth Estrill <Elizabeth.Estrill@csosa.gov>; Tosha Trotter <Tosha.Trotter@csosa.gov>; Trifari Williams <Trifari.Williams@csosa.gov>; Dean Spann <Dean.Spann@csosa.gov>
**Subject:** RE: BI Investigation Caseload Report

I will have to defer this question to Dwight/Michelle

@Dwight Estrill @Michelle Alston Please advise

Thanks
Danish

**From:** David G. Thompson <David.Thompson@csosa.gov>
**Sent:** Thursday, October 6, 2022 11:15 AM
**To:** Danish Ghauri <Danish.Ghauri@csosa.gov>
**Cc:** Akil Walker <Akil.Walker@csosa.gov>; Elizabeth Estrill <Elizabeth.Estrill@csosa.gov>; Tosha Trotter <Tosha.Trotter@csosa.gov>; Trifari Williams <Trifari.Williams@csosa.gov>
**Subject:** RE: BI Investigation Caseload Report

Ah hah…Thanks Danish. That helped a bit.

However, that drop down still didn't show under Presentence Investigation. Unless I did something wrong again.

## Michelle Alston

**From:** Michelle Alston
**Sent:** Monday, November 28, 2022 1:41 PM
**To:** chelle_watson
**Subject:** Fwd: Microstrategy Treatment Summary Dashboard

---

**From:** Danish Ghauri <Danish.Ghauri@csosa.gov>
**Sent:** Thursday, February 25, 2021 9:45:11 AM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** Microstrategy Treatment Summary Dashboard

Hello Michelle / Dwight,

Please find the main query behind treatment summary dashboard in Microstrategy. I have highlighted the main table its using.

We can use this table to create a PowerBI dataset. Thoughts?

```
select   a16.YEAR_ID  YEAR_ID,
         CAST(FLOOR(CAST(a11.CSO_Referral_Date AS FLOAT)) AS DATETIME)  CSO_Referral_Date,
         a15.Fiscal_Year_ID  YEAR_ID0,
         a11.CSO_Referral_ID  CSO_Referral_Key,
         max(a11.CSO_Referral_SMARTID)  CSO_Referral_SMARTID,
         a15.Month_ID  Month_ID,
         max(a16.MONTH_DESC)  MONTH_DESC,
         a15.QUARTER_ID  QUARTER_ID,
         max(a111.Quarter_Desc)  Quarter_Desc,
         max(a15.YEAR_ID)  YEAR_ID1,
         a11.offender_ID  offender_ID,
         max(a14.Offender_Last_Name + ', ' + a14.Offender_First_Name)  CustCol_14,
         max(a14.Offender_SMARTID)  Offender_SMARTID,
         a14.PDID  PDID,
         a12.Appointment_Date_Time  Appointment_Date_Time,
         a12.Evaluation_Complete_Date  Evaluation_Complete_Date,
         a12.Referral_Date_Eval_Appt  Referral_Date_Eval_Appt,
         a12.Referral_Date_Eval_Complete  Referral_Date_Eval_Complete,
         a12.Treatment_Placement_Staff_ID  Treatment_Placement_Staff_ID,
         max(a18.Staff_First_Name)  Staff_First_Name,
         max(a18.Staff_Last_Name)  Staff_Last_Name,
         a16.MONTH_OF_YEAR_ID  Month_ID0,
         max(a110.Month_of_Year_Desc)  Month_of_Year_Desc,
         a12.Treatment_Eval_Staff_ID  Treatment_Eval_Staff_ID,
         max(a17.Staff_First_Name)  Staff_First_Name0,
         max(a17.Staff_Last_Name)  Staff_Last_Name0,
         a12.Eval_Appt_Eval_Complete  Eval_Appt_Eval_Complete,
```

**Michelle Alston**

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Monday, November 28, 2022 1:40 PM |
| **To:** | chelle_watson |
| **Subject:** | Fwd: SMART O&M emails |

**From:** Kathleen French <Kathleen.French@csosa.gov>
**Sent:** Monday, February 22, 2021 5:00:36 PM
**To:** Hannah Arfa <Hannah.Arfa@csosa.gov>
**Cc:** Dwight Estrill <Dwight.Estrill@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** SMART O&M emails

Hi Hannah,

Can you please add Dwight and Michelle to all future distribution emails for O&M releases please.  This will assist them in updating their reports.

Thank you,
Kathleen

**Kathleen French**
**IT Project Manager/COR**
**CSOSA**
**W:** 202-585-7903 **M:** 202-302-5755

# Michelle Alston

**From:** Michelle Alston
**Sent:** Thursday, November 10, 2022 10:43 AM
**To:** chelle_watson
**Subject:** FW: orion | Which AVRs have I submitted that have not been disposed? (#1408) | GitLab

**From:** GhauriD (@GhauriD) <gitlab@csosa.gov>
**Sent:** Monday, September 19, 2022 2:28 PM
**To:** Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** Re: orion | Which AVRs have I submitted that have not been disposed? (#1408) | GitLab

GhauriD commented:

@estrilld @alstonm Hello, Please fill in the requirements for this report.

—

View it on GitLab.
You're receiving this email because you have been mentioned on dc0633ubu01.csosa.gov.
Unsubscribe from this thread · Manage all notifications · Help

## Michelle Alston

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Thursday, November 10, 2022 10:52 AM |
| **To:** | chelle_watson |
| **Subject:** | FW: orion | SOR Reporting (#1416) | GitLab |

**From:** GhauriD (@GhauriD) <gitlab@csosa.gov>
**Sent:** Monday, September 12, 2022 3:22 PM
**To:** Michelle Alston <Michelle.Alston@csosa.gov>
**Subject:** Re: orion | SOR Reporting (#1416) | GitLab

GhauriD commented:

@estrilld @alstonm Please provide requirements and report layout for the SOR report.

Following are the 3 SOR reports that I have:



—

View it on GitLab.
You're receiving this email because you have been mentioned on dc0633ubu01.csosa.gov.
Unsubscribe from this thread · Manage all notifications · Help



**Majorro** @majorr · 1 week ago    (Developer)

( Open )  Housing placement report

**Majorro** @majorr · 1 week ago    (Developer)

I have just about completed the SQL for the report. I will be working with Michelle to finalize for tomorrow.

**Majorro** @majorr · 1 week ago    (Developer)

Report Development is finished. Validation is needed.

✎ **CoggeshallM** added  status  under-review  scoped label and automatically removed  status  in progress  label
1 week ago

**Majorro** @majorr · 6 days ago    (Developer)

The housing Placement Report is completed and uploaded to the PBI Service. The link to the report is below: https://app.powerbigov.us/groups/3c4b52bd-fc9e-438e-8bab-6e819835035d/reports/0a921669-356d-4e47-9de9-3067febcdec3/ReportSection

**Majorro** @majorr · 6 days ago    (Developer)

It was placed in the CSOSA-OCSIS- Management workspace.

✎ **GhauriD** added  status  in progress  scoped label and automatically removed  status  under-review  label
6 days ago

**GhauriD** @GhauriD · 6 days ago    (Author)  (Maintainer)

@alstonm  @estrilld  Please validate!

**Majorro** @majorr · 3 days ago    (Developer)

Report is completed and waiting on Validation.

**Majorro** @majorr · 1 hour ago    (Developer)

Report is completed and waiting on Validation.

**AlstonM** @alstonm · just now    (Reporter)

@majorr  @estrilld  I reviewed the Housing Placement report in the Dashboard. See comments below:

- Add the column offenderid into the report
- Offender Kirksey Leon PDID585450 move in and move out date value says 1/1/1900 ( They don't have a transitional housing address - the dates should be blank or say NA)
- Offender Steve Smith PDID 299334 has multiple transitional housing locations in FY22. The dashboard report doesn't list the most recent transitional housing record in FY22. It should state 4230 Eads St NE.
- I noticed that the referral date value says 1/1/1900 if there is no referral date. The value should be NA.

**Majorro** @majorr · 18 minutes ago    (Developer)

Report will be online today. Just need to show Michelle an Issue I found with Overall status.

[🔒 Closed] ⬛ Issue created 2 months ago by  **GhauriD**    Reopen issue

[🔒 Closed] SOR Reporting

# SOR Reporting

Edited 2 months ago by GhauriD

⬆ Drag your designs here or click to upload.

**Tasks** ⬤ 0

No tasks are currently assigned. Use tasks to break down this issue into smaller parts.

**Linked items** ❓ 📄 1

**Is blocked by**

⊖ DCSOR ELT stg to bv

#1419                                                    🔒 5 🟢🟡

## Activity

👤 **GhauriD** assigned to @GhauriD 2 months ago

👤 **GhauriD** assigned to @alstonm and @estrillD 2 months ago

**GhauriD** @GhauriD · 2 months ago                    [Author] [Maintainer]
@estrillD @alstonm Please provide requirements and report layout for the SOR report.

Following are the 3 SOR reports that I have:



✏ **GhauriD** changed the description 2 months ago ·

**GhauriD** @GhauriD · 2 months ago                    [Author] [Maintainer]
Mark's team chat post: If you connect to **edwdbuat** and the EDW database there, you should be able to see 19 tables in the stg schemas with names prefixed with DCSOR_ (e.g., stg.DCSORE_Registration). At present, each of those tables only includes records modified during the last day or so. Canyou confirm that you can see those tables and that all the tables required to reproduce your reports are there? If so, we can begin SOR report development but only after Hemal or Nirmal write a merge query for each of those 19 tables. That's probably about 2 days of work.

**GhauriD** @GhauriD · 2 months ago                    [Author] [Maintainer]
@alstonm @estrillD guys please advise on the SOR report requirements. I have attached the layout of 3 SOR reports. Please let me know which of them we are trying to deliver, or maybe we consolidate all 3 in 1.

**EstrillD** @estrillD · 2 months ago                    [Reporter]

@GhauriD, I am going to defer to @alstonm on the SOR reports, since she produced them for the users in the past, and has the most familiarity.

[ Closed ] SOR Reporting

 **GhauriD** unassigned @alstonm, @estrilld, and @GhauriD 2 months ago

 **GhauriD** assigned to @majorr 2 months ago

 **GhauriD** @GhauriD · 2 months ago                    [ Author ] [ Maintainer ]

@alstonm Hello Michelle, Please help Robert with the requirements.

@majorr Hello Robert, please start mapping exercise for these 3 reports.

My advise:

- Consolidate these three reports in 1. 1 report to answer most of the SOR related business questions
- Build the data model. this report will come from orion staging tables. please read comments above
- Keep the dataset simple, and use sql script to handle complex design challenges. Engage me and/or Hemal
- Build the strawman Report by combining the objects from the 3 reports
- DELIVER THE REPORT
- Enhance the report layout and visualization

 **AlstonM** @alstonm · 2 months ago                    [ Reporter ]

@GhauriD @majorr Robert, I will reach out to you on tomorrow.

 **Majorro** @majorr · 2 months ago                    [ Developer ]

As of now, the SOR Tables are empty. No Data to use.

 **GhauriD** @GhauriD · 2 months ago                    [ Author ] [ Maintainer ]

database: EDWUAT Schema: STG

 **AlstonM** @alstonm · 2 months ago                    [ Reporter ]

@GhauriD @estrilld @majorr 1st report SOR Cases on CSOSA's caseload- key offenderid join SOR data tables to the CSOSA Daily Caseload tables only keep the SOR cases that merge to the CSOSA Daily Caseload. Report Layout 📎 SOR_Cload01Sep2022.xls.xlsx

Edited by AlstonM 2 months ago

 **AlstonM** @alstonm · 2 months ago                    [ Reporter ]

@GhauriD @majorr @estrilld 2nd Report: SOR Homeless cases on and not on CSOSA's supervision. Identify SOR cases with address type of "homeless shelter" then by offenderid join to cases that match to CSOSA's daily caseload report. I provided the Branch Chief an Excel spreadsheet that contains two tabs: one with cases on CSOSA supervision and other tab cases not on supervision. See attached report for layout 📎 SOR_Homeless_Type_Address_Cases_on_not_on_CSOSA_Supervision_01Mar2020.xlsx

 **AlstonM** @alstonm · 2 months ago                    [ Reporter ]

@GhauriD @estrilld @majorr #3rd report SOR cases no match to CSOSA cases on housing address. Compare the SOR cases that match on offenderid to cases that are in CSOSA's cases. Compare the address on the offender from the SOR database to the address in the CSOSA's caseload. Identify those cases that are a no match on address and report those in the report.

📎 SOR_NoMatch_on_Address02May2022.xls

**AlstonM** @alstonm · 2 months ago                    [ Reporter ]

@GhauriD @estrilld @majorr I have uploaded the spreadsheets for each of the 3 reports. To create one data model to show three different reports in Power BI, I recommend pulling in SOR data along with housing information and joining on the Daily Supervision Caseload model. From that in Power BI, produce a tab that shows SOR cases on CSOSA's caseload, another tab SOR homeless cases with a flag "OnCload" with Yes/No values, and third tab of SOR/CSOSA supervision cases where the addresses are different.

## Michelle Alston

| | |
|---|---|
| **From:** | Michelle Alston |
| **Sent:** | Monday, November 28, 2022 4:04 PM |
| **To:** | chelle_watson |
| **Subject:** | FW: Request for Data from Legacy SMART |

**From:** Michelle Alston <Michelle.Alston@csosa.gov>
**Sent:** Wednesday, November 17, 2021 2:33 PM
**To:** Kaitlin Forsha <Kaitlin.Forsha@csosa.gov>; Dwight Estrill <Dwight.Estrill@csosa.gov>
**Cc:** Emesha James <Emesha.James@csosa.gov>; Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Subject:** Re: Request for Data from Legacy SMART

You're most welcome!

**From:** Kaitlin Forsha <Kaitlin.Forsha@csosa.gov>
**Sent:** Wednesday, November 17, 2021 2:25 PM
**To:** Michelle Alston; Dwight Estrill
**Cc:** Emesha James; Yolanda Bethea
**Subject:** RE: Request for Data from Legacy SMART

I CANNOT THANK YOU ENOUGH!

THANK YOU! THANK YOU! THANK YOU!

**From:** Michelle Alston <Michelle.Alston@csosa.gov>
**Sent:** Wednesday, November 17, 2021 1:50 PM
**To:** Kaitlin Forsha <Kaitlin.Forsha@csosa.gov>; Dwight Estrill <Dwight.Estrill@csosa.gov>
**Cc:** Emesha James <Emesha.James@csosa.gov>; Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Subject:** RE: Request for Data from Legacy SMART

Good afternoon Kaitlin,

To assist your team attached are two reports you requested. The first report provides Team 122 SMART legacy caseload as of October 22, 2021. The second report captures TIPS future release dates (November 15, 2021 – December 31, 2022) and TIPS caseload as of October 22, 2021. I hope this helps. Let me know if you have any questions.

Michelle

**From:** Kaitlin Forsha <Kaitlin.Forsha@csosa.gov>
**Sent:** Wednesday, November 17, 2021 9:59 AM
**To:** Dwight Estrill <Dwight.Estrill@csosa.gov>; Michelle Alston <Michelle.Alston@csosa.gov>
**Cc:** Emesha James <Emesha.James@csosa.gov>; Yolanda Bethea <Yolanda.Bethea@csosa.gov>
**Subject:** Request for Data from Legacy SMART
**Importance:** High

Hi Dwight and Michelle,

1

I know you two are deep into trying to capture data from SMART21, but we are LOST without our reports!

To help us through this blind period, can you please send us a full caseload report of all cases assigned to Team 122 as of October 24th, the last day legacy SMART was operational?  We would need the offender's name, PDID#, OPS assigned, case status, and supervision start date.  We can sort from there to get what we need (acknowledging that it's old data; however, our information doesn't change much).

If possible, could you also send a list of all future release dates based on TIPS data?  (This was a weekly report sent to us by Michelle on Wednesdays).  Instead of just letting us know which TIPS cases have a release date of 2 weeks in the future, we'd like a full list of all TIPS data for any cases with a future release date.  I recognize this is old data, but it should help us for a couple more weeks.

Thank you so much!

Exhibit B

Management Analyst – Performance Plan

## CSOSA PERFORMANCE PLAN

| EMPLOYEE NAME (LAST, FIRST, MIDDLE INITIAL):<br><br>Alston, Priscilla Michelle | EMPLOYEE ID# (SSN): | APPRAISAL PERIOD:<br>FROM: July 1, 2021<br>TO: June 30, 2022 |
|---|---|---|
| POSITION TITLE:<br>Management Analyst | ORGANIZATIONAL COMPONENT:<br>OCSIS | |

**EMPLOYEE AND SUPERVISOR PLEASE READ THE FOLLOWING:** Each employee's performance must be appraised annually. Performance management must be an ongoing process to provide an employee the advantage of feedback so that he or she can improve performance. Regular feedback will also facilitate the mid-year and final year-end discussions since the issues covered in the meetings will have been previously discussed. Ratings will be based on an assessment of the individual's demonstrated performance on a set of critical elements that contribute to successful performance in the position. The critical elements within the performance plan are aligned with the organizational goals of CSOSA and the expectation is that the results within this performance plan affect the accomplishment of CSOSA's mission and goals.

CSOSA Mission:
Effectively supervise adults under our jurisdiction to enhance public safety, reduce recidivism, support the fair administration of justice, and promote accountability, inclusion and success through the implementation of evidence-based practices in close collaboration with our criminal justice partners and the community.

Strategic Goals:
Strategic Goal 1: Reduce recidivism by targeting criminogenic risk and needs using innovative and evidence-based strategies.
Strategic Goal 2: Integrate offenders into the community by connecting them with resources and interventions.
Strategic Goal 3: Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4: Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

Guiding Principles:
Community: We believe in the value of partnerships with community organizations, local and federal criminal justice agencies, city government, the faith community, and individual citizens in promoting both successful reintegration and public safety.

Accountability: We believe in the capacity of men and women to change. Offenders are held accountable through a system of close supervision which includes swift interventions, sanctions, incentives, and support services. CSOSA strives to create an environment that is conducive to the success of those under our supervision.

Justice: We support the fair administration of justice through the provision of timely and accurate information and recommendations to criminal justice decision makers. We believe in the efficacy and fairness of our supervision interventions and the implementation of evidence-based practices.

In addition, the critical elements within this plan may be aligned with the CSOSA Strategic Plan, Human Capital Plan, SES Performance Plans, or other established organizational objectives. Supervisors must communicate to employees how their performance directly impacts the accomplishment of the Agency's mission/goals. Employees are encouraged to provide input on the content of their performance plans; however, the same results and standards must be consistently applied to all personnel performing the same work. Therefore, employees should offer feedback on the performance plan throughout the year. All elements in this plan are considered critical; therefore, a rating of Level 1 (Unacceptable) on any one individual element requires that the summary rating be Level 1 (Unacceptable).

**The Supervisor and Employee must sign and date below to indicate that the planning meeting occurred.**

| FIRST-LINE SUPERVISOR'S PLANNING MEETING SIGNATURE AND DATE | EMPLOYEE'S PLANNING MEETING SIGNATURE AND DATE |
|---|---|
| YOLANDA BETHEA Digitally signed by YOLANDA BETHEA Date: 2021.08.11 16:02:33 -04'00' | PRISCILLA ALSTON Digitally signed by PRISCILLA ALSTON Date: 2021.08.11 15:23:19 -04'00' |

CSOSA-OHR-430
Revised April 2015

## Progress Review

**Employee Name:** Alston, Priscilla Michelle

Progress Reviews must be held with the employee at least once during the appraisal period. The supervisor and employee must initial and date this page below to indicate the date of the progress review. Additional progress reviews are optional, but encouraged. If the supervisor believes that there are critical elements where specific deficiencies in performance exist, additional progress reviews are expected and the supervisor must provide the employee with a written plan to identify those areas that are in need of improvement. The written plan must provide suggestions, strategies, training, and/or assistance to improve the employee's performance in those identified areas. When it is determined that the deficiencies are such that the employee's performance is currently considered below the Level 3 "Fully Meets Expectations" in any one critical element, the supervisor must contact Employee and Labor Relations for assistance in developing a constructive plan.

During the progress review, the following areas should be discussed with the employee:

1. The employee's performance towards accomplishing the goals of the office.
2. The employee's progress in terms of meeting the standards within the performance plan. Discuss the work of the employee in terms of quality, quantity, timeliness, cost-effectiveness, and the manner the work is performed in (e.g., behavior/teamwork exhibited during the performance). Be specific and provide actual examples where the employee is meeting or exceeding the expected standards, as well as examples where improvements could be made.
3. The employee's input into his or her performance. The employee should communicate to the supervisor: a) specific and notable results and accomplishments during the period; b) areas that the employee feels he or she needs improvement in; c) any areas that the employee feels he or she needs specific development such as training, mentoring, or additional feedback, to improve his or her performance; and d) any suggestions that the employee feels could be implemented to improve the organization's performance. Written accomplishments, comments, or suggestions may be provided by the employee and should be attached to this performance plan.

Please check the appropriate box:

☑ 1. **Review indicates performance is at Level 3 or higher on all critical elements.**

☐ 2. **Review indicates performance is at Level 3 on all critical elements except those critical elements where deficiencies are stated. If box 2 is checked, the supervisor is required to provide narrative documentation that identifies the critical elements with deficiencies and provides suggestions on how the employee can improve his or her performance on those critical elements.**

**NOTE:** If box 2 is checked, the supervisor must contact Employee and Labor Relations, Office of Human Resources. If during additional progress review(s), the level of the employee's performance changes and a different box is checked, the supervisor must write the date of that progress review next to the checked box to clearly indicate the date of that determination.

## Narrative
**Suggestions and feedback are required when specific deficiencies in performance are identified. Comments may be attached.**

Ms. Alston is performing at or above the level three rating all in all critical elements. She has invested most of this performance period learning the new SMART 21 and Power BI capabilities in order to furnish reports for OCSIC. Ms. Alston's efforts include attending Power BI trainings and meeting with ORE to understand the existing data tables and communicating with ORE business requirements. Reports submitted by Ms. Alston are timely, high quality, and frequently error free.

| | Employee's Initials | Date | Rating Official's Initials | Date |
|---|---|---|---|---|
| **Progress Review** | PRISCILLA ALSTON | Digitally signed by PRISCILLA ALSTON Date: 2022.03.24 13:15:11 -04'00' | LLHjr | Digitally signed by LLHjr Date: 2022.03.24 14:31:29 -04'00' |
| **Progress Review** | | | | |
| **Progress Review** | | | | |

| Incumbent: Alston, Priscilla Michelle | |
|---|---|

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Strategic Goal 3: Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4: Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

| Critical Element: Data Collection | Element Weight |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | 20 |

1) Conducted and documented consultations with supervisors, managers, and analysts in programming and operations units for input regarding, for example management practices, organizational problems, policy interpretations, processing and workflow, and caseload and workload balancing to gain insight on existing management practices, identify potential organizational problems, and effectively bridge research and practice;

2) Planned and conducted data collection procedures and collects and compiled data from audits, surveys, interviews, focus groups and committees to glean insight on management and performance issues and support analyses of organizational alignment, procedures, and workflow.

3) Gathered, prepared, and organized data bearing on programming and operations activities at the team, branch, program, unit, or agency level to develop a thorough understanding of performance, policies, practices, and problems bearing on programs, operations and policies;

### Performance Standards Defined at the "Fully Meets Expectations" Level
*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

The Management Analyst achieves this result through the following standards:

1) Meets regularly with supervisors, managers, and analysts from each operational programming unit to gain insight on existing management practices and potential organizational problems; thoroughly documents targeted management practices and potential organizational problems.

2) Provides substantial contributions to the development of audit, survey, interview, and focus group protocols; provides substantial contributions to the collection of management and performance data; identifies appropriate sources of data for analysis bearing on organizational alignment, procedures, and workflow.

3) Makes substantial contributions to developing summaries of policies and procedures; assists team leaders in maintaining clearinghouse of current management policies.

| Element Performance Rating | |
|---|---|
| 5 = Outstanding    4 = Exceeds Expectations    3 = Fully Meets Expectations<br>2 = Minimally Meets Expectations    1 = Unacceptable | 5 |

**Supervisor's Comments**
Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

Management Analyst Alston's extraordinary insight on management practices and organizational complications, gained through aggregating and documenting feedback from internal and external partners, contributed to bridging data processing and business practice gaps. Much of her work product informed developments in the areas of policy formation, case management system expansion and data visualization efforts.

**Incumbent:** Alston, Priscilla Michelle

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Strategic Goal 3:  Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.

Strategic Goal 4:  Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

| Critical Element: Performance Measurement and Improvement | Element Weight |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | 20 |

1) Substantially contributed to a performance measurement and improvement product;

2) Developed and proposed data-driven initiatives derived from performance, work flow, workload, or business process analyses to facilitate the success of programs, services, practices, and procedures;

3) Developed and proposed policies and procedures that increase the effectiveness and/or efficiency of programs, services, practices, and procedures that are directly derived from comprehensive program evaluations;

4) Collected, estimated, analyzed, and reported information regarding agency performance at the staff, unit, and agency level, such as the processes, policies, and strategies in place within the organization, the type or level of program activities, the direct products and services delivered, and the results of those products and services to evaluate whether activities are aligned with what was intended or should have been achieved, how well the organizational units are managed, what value they deliver for customers and other stakeholder, and the parameters under which programs are reaching the targeted results.

## Performance Standards Defined at the "Fully Meets Expectations" Level
*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

The Management Analyst achieves the result through the following standards:

1) Provides and documents support to OCSIS leadership team focusing on performance measurement and makes substantial contributions to performance measurement and improvement efforts; makes substantial contributions to one analysis of program performance; make substantial contributions to the formulation of one agency performance policy and /or strategy; makes substantial contributions to the conceptualization of one new program or the redesign of one ongoing program to ensure that they address current and pressing program performance issues.

2) Recommends, proposes, and makes substantial contributions to the development of one empirically derived initiative based on comprehensive performance analyses, work flow analyses, business process analyses, or program evaluation that reshapes major elements of programs to include goals, objectives, approaches, measurements, work flows, timelines, resources, and implementations to improve performance in an agency service, practice, or procedure and facilitate the success of CSOSA programs.

3) Recommends, proposes, and makes substantial contributions to the development and proposal of effective solutions that improve effectiveness or efficiency in (a) one unit-level program or (b) one policy, practice, or function of material significance to both unit and agency mission, goals, and objectives that need to be analyzed and possibly improved.

4) Reviews, and develops code to analyze performance data to accurately uncover and describe performance issues and makes substantial contributions to the preparation of data-driven performance reviews and written narratives to support thorough understanding of the Agency's performance and provide guidance to operations and program offices to enhance performance.

| Element Performance Rating | |
|---|---|
| 5 = Outstanding    4 = Exceeds Expectations    3 = Fully Meets Expectations<br>2 = Minimally Meets Expectations    1 = Unacceptable | 5 |

## Supervisor's Comments
Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

MA Alston's outputs are building blocks in the foundation of OCSIS' performance management, workload analysis, and policymaking processes. Her work product serves as the primary contributor to the data-driven portion of OCSIS' change management philosophy – ensuring that activities are aligned with what was intended or should have been achieved, how well the organizational units are managed, what value they deliver for customers and other stakeholders, and the parameters under which programs are reaching the targeted results.

In addition to her core duties developing and producing critical data, MA Alston also provides technical support to users on the functionality and data visualizations in Power BI. Her expertise led to her serving as a trainer/presenter on the Power BI Dashboard to Branch Chiefs and Supervisory Community Supervision Officers.

To assist with her role as subject matter expert for the business unit, MA Alston took the initiative to self-teach on the newly developed SMART21 caseload management system.

| **Incumbent:** Alston, Priscilla Michelle | |
|---|---|
| **ALIGNED CSOSA ORGANIZATIONAL GOAL:** | |

Strategic Goal 3:  Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4:  Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

| **Critical Element:** Analysis and Reporting | **Element Weight** |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | **30** |

1) Prepared responses to data requests from internal and external stakeholders including supervisors, managers, and analysts from operations, programming, and supporting offices as well as partnering criminal justice agencies to provide constant flow of accurate and timely information bearing on staff, team, branch, unit, and/or agency policies and practices;

2) Conducted analyses and prepared narrative reports and presentations describing comprehensive performance analyses, workload, work flow, and business process analyses of team, branch, unit, and/or agency practices to determine compliance with established policies and guidelines, to evaluate their effectiveness or efficiency, and to identify inefficiencies and recommend improvements in such activities;

3) Prepared narratives and presentations for data-driven strategic and performance reviews (e.g., monthly, quarterly, and annual strategic and performance reviews) to support a thorough understanding of the Agency's performance, provide guidance to organizational units to enhance performance, to inform internal and external stakeholders on staff, team, branch, unit, or agency level performance.

4) Conducted analyses and prepared narrative reports and presentations evaluating the effectiveness or efficiency of management policies and practices and to identify inefficiencies and recommend improvements in such activities.

| **Performance Standards Defined at the "Fully Meets Expectations" Level** |
|---|
| *Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.* |

The Management Analyst achieves the result through the following:

1) In collaboration with team leader, makes substantial contributions to the development and planning of data request responses

2) Makes substantial contributions to one (a) comprehensive performance, (b) work flow, (c) workload, or, (d) business process analyses to determine compliance with established policies and guidelines

3) Makes substantial contribution to evaluations of the effectiveness or efficiency of management policies and practices.

4) Makes substantial contributions to the development and coordination of at least 3 Associate Director or Branch level strategic support sessions.

| **Element Performance Rating** | **5** |
|---|---|
| 5 = Outstanding    4 = Exceeds Expectations    3 = Fully Meets Expectations  2 = Minimally Meets Expectations    1 = Unacceptable | |

| **Supervisor's Comments** |
|---|
| Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached. |

MA Alston's data analysis and subsequent reporting continues to inform the business unit of performance and workflow focus areas, the outcomes of which contributed to the efficiency of staff determinations on compliance. Her reporting remains timely, high quality, and error-free.

During the 2022 performance year, MA Alston was one of the two primary sources who analyzed and validated the new Power BI Dashboard output – data used to help staff efficiently and effectively complete their daily activities and meet the goals of the Agency. Part of that effort included attending planning meetings with system developers to identify and help remedy potential issues with individual Power BI reports.

In addition to her work on self-serve proactive reports, MA Alston continues to provide ad hoc reports to RAP Unit on a weekly basis to ensure close monitoring and tracking of newly assigned supervision and Sex Offender Registry matters. MA Alston is also CSOSA's representative at the CJCC quarterly meeting on dually supervised youth offenders.

| **Incumbent:** Alston, Priscilla Michelle |
|---|

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Strategic Goal 3: Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.

Strategic Goal 4: Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

| **Critical Element:** Program and Operations Management Support | **Element Weight** |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | 30 |

1) Substantially contributed to organizational change management planning products;

2) Substantially contributed to organizational technology implementation;

3) Developed and revised management strategy products in response to organizational change to ensure consistency with program emphasis and agency goals and objectives;

**Performance Standards Defined at the "Fully Meets Expectations" Level**

*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

The Management Analyst achieves the results through the following:

1) Makes substantial contributions to the development of a proactive approach to adapting to change, controlling change, and effecting change in programming and operations; assists in the development of a systematic approach for managing the effect of new business processes, changes in organizational structure, or cultural changes within the agency at the staff, team, branch, and unit level;

2) Contributes substantially to monthly OCSIS and ORE meetings providing recommendations for dash board enhancements, reports, and attends ORE Brown Bag Discussions to maintain current on evaluations systems and processes;

3) Serves as the liaison between OCSIS and ORE regarding dashboard updates, releases and enhancements;

| **Element Performance Rating**<br>5 = *Outstanding*   4 = *Exceeds Expectations*   3 = *Fully Meets Expectations*<br>2 = *Minimally Meets Expectations*   1 = *Unacceptable* | 5 |
|---|---|

**Supervisor's Comments**

Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

Throughout the 2022 performance year, MA Alston has increasingly become a chief contributor to the organization's change management planning process. Her extensive work with the Offices of Information Technology and Research & Evaluation has been vital in bridging gaps during the SMART3, SMART21, and Power Apps transitions. MA Alston continues to develop and revise staff, management and SELT level strategy products.

MA Alston effectively serves as the subject matter expert for the business unit in requirements gathering and collaboration sessions with developers and contractors on CSOSA's business intelligence systems – the most significant of which are currently SMART21 and Power BI. Those sessions include:

OIT Enterprise Data Warehouse Meeting (weekly)
ORE Stand-up Meeting (daily)
ORE Demo Meeting (weekly)
ORE Analytics Demo Meeting (weekly) – at which MA Alston is a presenter for completed work

| Incumbent: Alston, Priscilla Michelle | |
|---|---|
| **ALIGNED CSOSA ORGANIZATIONAL GOAL:** | |
| | |
| **Critical Element:** | **Element Weight** |
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | |
| | |

| **Performance Standards Defined at the "Fully Meets Expectations" Level** |
|---|
| *Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.* |
| |

| **Element Performance Rating** | |
|---|---|
| 5 = *Outstanding*    4 = *Exceeds Expectations*    3 = *Fully Meets Expectations*<br>2 = *Minimally Meets Expectations*    1 = *Unacceptable* | |

| **Supervisor's Comments** |
|---|
| Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached. |
| |

| Incumbent: Alston, Priscilla Michelle | |
|---|---|
| **ALIGNED CSOSA ORGANIZATIONAL GOAL:** | |
| | |

| **Critical Element:** | **Element Weight** |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | |
| | |

| **Performance Standards Defined at the "Fully Meets Expectations" Level** |
|---|
| *Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.* |
| |

| **Element Performance Rating** | |
|---|---|
| **5** = *Outstanding*    **4** = *Exceeds Expectations*    **3** = *Fully Meets Expectations*<br>**2** = *Minimally Meets Expectations*    **1** = *Unacceptable* | |

| **Supervisor's Comments** |
|---|
| Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached. |
| |

| Incumbent: Alston, Priscilla Michelle | PURPOSE OF RATING: ANNUAL ☑   INTERIM ☐ |
|---|---|

## Performance Summary Rating

- List each critical element in the performance plan (all elements must be critical).
- Assign a rating level for each element:
  (5) Level 5 (highest level of performance); (4) Level 4; (3) Level 3; (2) Level 2; (1) Level 1 (unacceptable performance)
- Score each element by multiplying the weight by the rating level.
- Interim ratings should be considered when you prepare the annual summary rating.
- After each element has been scored, compute the total point score by adding the individual scores.
- Rating officials must provide either an overall narrative justification of the summary rating or a written justification for each element rating.  However, a written justification is required for any individual element rated Level 1, Level 2, Level 4, or Level 5.
- Regardless of numeric score, a Level 1 (Unacceptable) on any one critical element requires that the overall Performance Rating be Level 1 (Unacceptable).

| Critical Element | Individual Weights (Total must equal 100) | Element Rating | Score |
|---|---|---|---|
| Data Collection | 20 | 5 | 100 |
| Performance Measurement and Improvement | 20 | 5 | 100 |
| Analysis and Reporting | 30 | 5 | 150 |
| Program and Operations Management Support | 30 | 5 | 150 |
| | | | 0 |
| | | | 0 |
| | | **Summary Rating:** | **500** |

### Performance Rating

| Level 5 ☑ (470 – 500) | Level 4 ☐ (380 – 469) | Level 3 ☐ (290 – 379) | Level 2 ☐ (200 – 289) | Level 1 ☐ (100 – 199) |
|---|---|---|---|---|

| Rating Official's Signature and Title: | Date: |
|---|---|
| Lorenzo L. Harris  Digitally signed by Lorenzo L. Harris  Date: 2022.08.31 13:27:46 -04'00'   Supervisory Management & Program Analyst | 08.31.22 |

| Approving Official's Signature and Title: | Date: |
|---|---|
| YOLANDA BETHEA  Digitally signed by YOLANDA BETHEA  Date: 2022.08.31 13:54:45 -04'00' | |

| Employee's Signature and Title: | Date: |
|---|---|
| PRISCILLA ALSTON  Digitally signed by PRISCILLA ALSTON  Date: 2022.09.01 11:23:10 -04'00' | |

## CSOSA PERFORMANCE PLAN

| EMPLOYEE NAME (LAST, FIRST, MIDDLE INITIAL):<br><br>Alston, Michelle | EMPLOYEE ID# (SSN): | APPRAISAL PERIOD:<br>FROM: July 1, 2019<br>TO:    June 30, 2020 |
|---|---|---|
| POSITION TITLE:<br>Management Analyst | ORGANIZATIONAL COMPONENT:<br>OCSIS | |

**EMPLOYEE AND SUPERVISOR PLEASE READ THE FOLLOWING:** Each employee's performance must be appraised annually. Performance management must be an ongoing process to provide an employee the advantage of feedback so that he or she can improve performance. Regular feedback will also facilitate the mid-year and final year-end discussions since the issues covered in the meetings will have been previously discussed. Ratings will be based on an assessment of the individual's demonstrated performance on a set of critical elements that contribute to successful performance in the position. The critical elements within the performance plan are aligned with the organizational goals of CSOSA and the expectation is that the results within this performance plan affect the accomplishment of CSOSA's mission and goals.

CSOSA Mission:
Effectively supervise adults under our jurisdiction to enhance public safety, reduce recidivism, support the fair administration of justice, and promote accountability, inclusion and success through the implementation of evidence-based practices in close collaboration with our criminal justice partners and the community.

Strategic Goals:
Strategic Goal 1: Reduce recidivism by targeting criminogenic risk and needs using innovative and evidence-based strategies.
Strategic Goal 2: Integrate offenders into the community by connecting them with resources and interventions.
Strategic Goal 3: Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4: Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

Guiding Principles:
Community: We believe in the value of partnerships with community organizations, local and federal criminal justice agencies, city government, the faith community, and individual citizens in promoting both successful reintegration and public safety.

Accountability: We believe in the capacity of men and women to change. Offenders are held accountable through a system of close supervision which includes swift interventions, sanctions, incentives, and support services. CSOSA strives to create an environment that is conducive to the success of those under our supervision.

Justice: We support the fair administration of justice through the provision of timely and accurate information and recommendations to criminal justice decision makers. We believe in the efficacy and fairness of our supervision interventions and the implementation of evidence-based practices.

In addition, the critical elements within this plan may be aligned with the CSOSA Strategic Plan, Human Capital Plan, SES Performance Plans, or other established organizational objectives.  Supervisors must communicate to employees how their performance directly impacts the accomplishment of the Agency's mission/goals. Employees are encouraged to provide input on the content of their performance plans; however, the same results and standards must be consistently applied to all personnel performing the same work.   Therefore, employees should offer feedback on the performance plan throughout the year. All elements in this plan are considered critical; therefore, a rating of Level 1 (Unacceptable) on any one individual element requires that the summary rating be Level 1 (Unacceptable).

**The Supervisor and Employee must sign and date below to indicate that the planning meeting occurred.**

| FIRST-LINE SUPERVISOR'S PLANNING MEETING SIGNATURE AND DATE | EMPLOYEE'S PLANNING MEETING SIGNATURE AND DATE |
|---|---|
| | |

Email Form      Submit Form

**Progress Review**

**Employee Name:** Alston, Michelle

Progress Reviews must be held with the employee at least once during the appraisal period. The supervisor and employee must initial and date this page below to indicate the date of the progress review. Additional progress reviews are optional, but encouraged. If the supervisor believes that there are critical elements where specific deficiencies in performance exist, additional progress reviews are expected and the supervisor must provide the employee with a written plan to identify those areas that are in need of improvement. The written plan must provide suggestions, strategies, training, and/or assistance to improve the employee's performance in those identified areas. When it is determined that the deficiencies are such that the employee's performance is currently considered below the Level 3 "Fully Meets Expectations" in any one critical element, the supervisor must contact Employee and Labor Relations for assistance in developing a constructive plan.

During the progress review, the following areas should be discussed with the employee:

1. The employee's performance towards accomplishing the goals of the office.
2. The employee's progress in terms of meeting the standards within the performance plan. Discuss the work of the employee in terms of quality, quantity, timeliness, cost-effectiveness, and the manner the work is performed in (e.g., behavior/teamwork exhibited during the performance). Be specific and provide actual examples where the employee is meeting or exceeding the expected standards, as well as examples where improvements could be made.
3. The employee's input into his or her performance. The employee should communicate to the supervisor: a) specific and notable results and accomplishments during the period; b) areas that the employee feels he or she needs improvement in; c) any areas that the employee feels he or she needs specific development such as training, mentoring, or additional feedback, to improve his or her performance; and d) any suggestions that the employee feels could be implemented to improve the organization's performance. Written accomplishments, comments, or suggestions may be provided by the employee and should be attached to this performance plan.

Please check the appropriate box:

☒ 1.   **Review indicates performance is at Level 3 or higher on <u>all</u> critical elements.**

☐ 2.   **Review indicates performance is at Level 3 on all critical elements <u>except</u> those critical elements where deficiencies are stated. If box 2 is checked, the supervisor is <u>required</u> to provide narrative documentation that identifies the critical elements with deficiencies and provides suggestions on how the employee can improve his or her performance on those critical elements.**

**NOTE:** If box 2 is checked, the supervisor must contact Employee and Labor Relations, Office of Human Resources.   If during additional progress review(s), the level of the employee's performance changes and a different box is checked, the supervisor must write the date of that progress review next to the checked box to clearly indicate the date of that determination.

**Narrative**

**Suggestions and feedback are required when specific deficiencies in performance are identified.   Comments may be attached.**

Mrs. Alston is working at or above a level three this performance period. She is an outstanding employee who delivers a timely and high quality deliverable on a consistent basis. OCSIS leadership is highly dependent upon her keen analytical and reasoning skills. Future focus is to obtain additional training in SQL and other coding language and appropriate.

|  | Employee's Initials | Date | Rating Official's Initials | Date |
|---|---|---|---|---|
| Progress Review |  |  |  |  |
| Progress Review |  |  |  |  |
| Progress Review |  |  |  |  |

Email Form     Submit Form

| Incumbent: Alston, Michelle | |
|---|---|

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Strategic Goal 3: Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4: Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

| Critical Element: Data Collection | Element Weight |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | 20 |

1) Conducted and documented consultations with supervisors, managers, and analysts in programming and operations units for input regarding, for example management practices, organizational problems, policy interpretations, processing and workflow, and caseload and workload balancing to gain insight on existing management practices, identify potential organizational problems, and effectively bridge research and practice;

2) Planned and conducted data collection procedures and collects and compiled data from audits, surveys, interviews, focus groups and committees to glean insight on management and performance issues and support analyses of organizational alignment, procedures, and workflow.

3) Gathered, prepared, and organized data bearing on programming and operations activities at the team, branch, program, unit, or agency level to develop a thorough understanding of performance, policies, practices, and problems bearing on programs, operations and policies;

### Performance Standards Defined at the "Fully Meets Expectations" Level

*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

The Management Analyst achieves this result through the following standards:

1) Meets regularly with supervisors, managers, and analysts from each operational programming unit to gain insight on existing management practices and potential organizational problems; thoroughly documents targeted management practices and potential organizational problems.

2) Provides substantial contributions to the development of audit, survey, interview, and focus group protocols; provides substantial contributions to the collection of management and performance data; identifies appropriate sources of data for analysis bearing on organizational alignment, procedures, and workflow.

3) Makes substantial contributions to developing summaries of policies and procedures; assists team leaders in maintaining clearinghouse of current management policies.

| Element Performance Rating | |
|---|---|
| **5** = *Outstanding*    **4** = *Exceeds Expectations*    **3** = *Fully Meets Expectation*<br>**2** = *Minimally Meets Expectations*    **1** = *Unacceptable* | 5 |

**Supervisor's Comments**

Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

Mrs. Alston performed in an outstanding manor in data collection this performance period, she contributes to the improvement of performance management through the collection of performance data for OCSIS. In addition to her performance support of OCSIS this performance period she also provided data reports for CSOSA across the enterprise. Her reports are high quality and timely and are utilized both internally and externally to support the mission of agency in supporting evidence based decisions, allocation of resources, and programmatic needs. She works collaboratively with senior leadership developing code and identifying target areas of focus through proactive reports to enhance public safety.

Future focus work in collaboration with BID to develop proactive reports that will enhance operations and offender engagement.

Incumbent: Alston, Michelle

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Strategic Goal 3: Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.

Strategic Goal 4: Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

| Critical Element: Performance Measurement and Improvement | Element Weight |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | 20 |

1) Substantially contributed to a performance measurement and improvement product;

2) Developed and proposed data-driven initiatives derived from performance, work flow, workload, or business process analyses to facilitate the success of programs, services, practices, and procedures;

3) Developed and proposed policies and procedures that increase the effectiveness and/or efficiency of programs, services, practices, and procedures that are directly derived from comprehensive program evaluations;

4) Collected, estimated, analyzed, and reported information regarding agency performance at the staff, unit, and agency level, such as the processes, policies, and strategies in place within the organization, the type or level of program activities, the direct products and services delivered, and the results of those products and services to evaluate whether activities are aligned with what was intended or should have been achieved, how well the organizational units are managed, what value they deliver for customers and other stakeholder, and the parameters under which programs are reaching the targeted results.

### Performance Standards Defined at the "Fully Meets Expectations" Level

*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

The Management Analyst achieves the result through the following standards:

1) Provides and documents support to OCISS leadership team focusing on performance measurement and makes substantial contributions to performance measurement and improvement efforts; makes substantial contributions to one analysis of program performance; make substantial contributions to the formulation of one agency performance policy and /or strategy; makes substantial contributions to the conceptualization of one new program or the redesign of one ongoing program to ensure that they address current and pressing program performance issues.

2) Recommends, proposes, and makes substantial contributions to the development of one empirically derived initiative based on comprehensive performance analyses, work flow analyses, business process analyses, or program evaluation that reshapes major elements of programs to include goals, objectives, approaches, measurements, work flows, timelines, resources, and implementations to improve performance in an agency service, practice, or procedure and facilitate the success of CSOSA programs.

3) Recommends, proposes, and makes substantial contributions to the development and proposal of effective solutions that improve effectiveness or efficiency in (a) one unit-level program or (b) one policy, practice, or function of material significance to both unit and agency mission, goals, and objectives that need to be analyzed and possibly improved.

4) Reviews, and develops code to analyze performance data to accurately uncover and describe performance issues and makes substantial contributions to the preparation of data-driven performance reviews and written narratives to support thorough understanding of the Agency's performance and provide guidance to operations and program offices to enhance performance.

| Element Performance Rating | 4 |
|---|---|
| 5 = Outstanding    4 = Exceeds Expectations    3 = Fully Meets Expectations | |
| 2 = Minimally Meets Expectations    1 = Unacceptable | |

### Supervisor's Comments

Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

Mrs. Alston exceeded expectation in performance measurement and improvement this rating period. Agency level performance measures were redeveloped this performance period. Mrs. Alston was instrumental in working with the contractor Thought Spot    in developing a meaningful platform in which data can be measured, accessed, and reviewed by staff at all levels.  In addition to her priority duties Mrs. Alston gave her full attention to this project for over eight months and continues her work in this area.

| Incumbent: Alston, Michelle |
|---|

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Strategic Goal 3: Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4: Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

| Critical Element: Analysis and Reporting | Element Weight |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | 30 |

1) Prepared responses to data requests from internal and external stakeholders including supervisors, managers, and analysts from operations, programming, and supporting offices as well as partnering criminal justice agencies to provide constant flow of accurate and timely information bearing on staff, team, branch, unit, and/or agency policies and practices;

2) Conducted analyses and prepared narrative reports and presentations describing comprehensive performance analyses, workload, work flow, and business process analyses of team, branch, unit, and/or agency practices to determine compliance with established policies and guidelines, to evaluate their effectiveness or efficiency, and to identify inefficiencies and recommend improvements in such activities;

3) Prepared narratives and presentations for data-driven strategic and performance reviews (e.g., monthly, quarterly, and annual strategic and performance reviews) to support a thorough understanding of the Agency's performance, provide guidance to organizational units to enhance performance, to inform internal and external stakeholders on staff, team, branch, unit, or agency level performance.

4) Conducted analyses and prepared narrative reports and presentations evaluating the effectiveness or efficiency of management policies and practices and to identify inefficiencies and recommend improvements in such activities.

### Performance Standards Defined at the "Fully Meets Expectations" Level

*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

The Management Analyst achieves the result through the following:

1) In collaboration with team leader, makes substantial contributions to the development and planning of data request responses

2) Makes substantial contributions to one (a) comprehensive performance, (b) work flow, (c) workload, or, (d) business process analyses to determine compliance with established policies and guidelines

3) Makes substantial contribution to evaluations of the effectiveness or efficiency of management policies and practices.

4) Makes substantial contributions to the development and coordination of at least 3 Associate Director or Branch level strategic support sessions.

| Element Performance Rating | |
|---|---|
| 5 = *Outstanding*    4 = *Exceeds Expectations*    3 = *Fully Meets Expectations*<br>2 = *Minimally Meets Expectations*    1 = *Unacceptable* | 5 |

**Supervisor's Comments**

Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

Mrs. Alston ranked outstanding in the area of Analysis and Reporting this performance period.  She manages her workload demands well, requiring little oversight, and continues to produce high quality, timely, and accurate reports.  Mrs. Alston is proactive in brining areas of concern to her supervisor, she is solution oriented and offers solution based recommendations.  Her Analysis and Reasoning served critically during this time of COVID-19 when face to face interactions with the offender population was limited. The critical reports and proactive analysis provided by Mrs. Alston structured the focus on high risk, non-compliant offenders requiring GPS containment and notifications to the releasing authority of non-compliance and absconders.

| Incumbent: **Alston, Michelle** | |
|---|---|
| **ALIGNED CSOSA ORGANIZATIONAL GOAL:** | |

Strategic Goal 3: Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4: Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

| **Critical Element: Program and Operations Management Support** | **Element Weight** |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | 30 |

1) Substantially contributed to organizational change management planning products;

2) Substantially contributed to organizational technology implementation;

3) Developed and revised management strategy products in response to organizational change to ensure consistency with program emphasis and agency goals and objectives;

### Performance Standards Defined at the "Fully Meets Expectations" Level

*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

The Management Analyst achieves the results through the following:

1) Makes substantial contributions to the development of a proactive approach to adapting to change, controlling change, and effecting change in programming and operations; assists in the development of a systematic approach for managing the effect of new business processes, changes in organizational structure, or cultural changes within the agency at the staff, team, branch, and unit level;

2) Contributes substantially to monthly OCSIS and ORE meetings providing recommendations for dash board enhancements, reports, and attends ORE Brown Bag Discussions to maintain current on evaluations systems and processes;

3) Serves as the liaison between OCSIS and ORE regarding dashboard updates, releases and enhancements;

| **Element Performance Rating** | |
|---|---|
| **5** = *Outstanding*    **4** = *Exceeds Expectations*    **3** = *Fully Meets Expectations*<br>**2** = *Minimally Meets Expectations*    **1** = *Unacceptable* | **5** |

### Supervisor's Comments
Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

Mrs. Alston did an outstanding job in enhancing the agencies performance management technology. Again her work with the contractors to develop Thought Spot will serve to enhance the consistency of operating one data source for all agency data.   This is a change management practice and cultural shift within the organization.  Mrs. Alston has written code, worked through data tables and helped build the language for the new data engine.   Mrs. Alston continues to serve on the committee and provide data to our CJCC partners for the agency.

| Incumbent: Alston, Michelle | |
|---|---|
| **ALIGNED CSOSA ORGANIZATIONAL GOAL:** | |

| **Critical Element:** | **Element Weight** |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | |
| | |

| **Performance Standards Defined at the "Fully Meets Expectations" Level** |
|---|
| *Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.* |
| |

| **Element Performance Rating** | |
|---|---|
| **5** = *Outstanding*    **4** = *Exceeds Expectations*    **3** = *Fully Meets Expectations* <br> **2** = *Minimally Meets Expectations*    **1** = *Unacceptable* | |

| **Supervisor's Comments** |
|---|
| Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached. |
| |

| Incumbent: Alston, Michelle | |
|---|---|
| **ALIGNED CSOSA ORGANIZATIONAL GOAL:** | |

| **Critical Element:** | **Element Weight** |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | |
| | |

| **Performance Standards Defined at the "Fully Meets Expectations" Level** |
|---|
| *Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.* |
| |

| **Element Performance Rating**<br>**5** = *Outstanding*    **4** = *Exceeds Expectations*    **3** = *Fully Meets Expectations*<br>**2** = *Minimally Meets Expectations*    **1** = *Unacceptable* | |
|---|---|

| **Supervisor's Comments** |
|---|
| Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached. |
| |

| Incumbent: Alston, Michelle | PURPOSE OF RATING: ANNUAL ☒    INTERIM ☐ |
|---|---|

## Performance Summary Rating

- List each critical element in the performance plan (all elements must be critical).
- Assign a rating level for each element:
 (5) Level 5 (highest level of performance); (4) Level 4; (3) Level 3; (2) Level 2; (1) Level 1 (unacceptable performance)
- Score each element by multiplying the weight by the rating level.
- Interim ratings should be considered when you prepare the annual summary rating.
- After each element has been scored, compute the total point score by adding the individual scores.
- Rating officials must provide either an overall narrative justification of the summary rating or a written justification for each element rating. However, a written justification is required for any individual element rated Level 1, Level 2, Level 4, or Level 5.
- Regardless of numeric score, a Level 1 (Unacceptable) on any one critical element requires that the overall Performance Rating be Level 1 (Unacceptable).

| Critical Element | Individual Weights (Total must equal 100) | Element Rating | Score |
|---|---|---|---|
| Data Collection | 20 | 5 | 100 |
| Performance Measurement and Improvement | 20 | 4 | 100 |
| Analysis and Reporting | 30 | 5 | 150 |
| Program and Operations Management Support | 30 | 5 | 150 |
|  |  |  | 0 |
|  |  |  | 0 |
| | | Summary Rating: | 480 |

### Performance Rating

| Level 5 ✓ (470 – 500) | Level 4 (380 – 469) | Level 3 (290 – 379) | Level 2 (200 – 289) | Level 1 (100 – 199) |
|---|---|---|---|---|

| Rating Official's Signature and Title: | Date: |
|---|---|
| YOLANDA BETHEA   Digitally signed by YOLANDA BETHEA Date: 2020.08.10 10:32:07 -04'00' | |

| Approving Official's Signature and Title: | Date: |
|---|---|
| MARCUS HODGES   Digitally signed by MARCUS HODGES Date: 2020.08.04 21:26:31 -04'00' | |

| Employee's Signature and Title: | Date: |
|---|---|
| PRISCILLA ALSTON   Digitally signed by PRISCILLA ALSTON Date: 2020.08.11 15:35:18 -04'00' | |

| Print Form | Reset Form | Email Form | Submit Form |
|---|---|---|---|

## CSOSA PERFORMANCE PLAN

| EMPLOYEE NAME (LAST, FIRST, MIDDLE INITIAL):<br><br>Alston, Michelle | EMPLOYEE ID# (SSN): | APPRAISAL PERIOD:<br>FROM: January 2018 - June<br>TO: 2018 |
|---|---|---|
| POSITION TITLE:<br><br>Management Analyst | ORGANIZATIONAL COMPONENT:<br><br>CSS- Strategic Support Unit | |

**EMPLOYEE AND SUPERVISOR PLEASE READ THE FOLLOWING:** Each employee's performance must be appraised annually. Performance management must be an ongoing process to provide an employee the advantage of feedback so that he or she can improve performance. Regular feedback will also facilitate the mid-year and final year-end discussions since the issues covered in the meetings will have been previously discussed. Ratings will be based on an assessment of the individual's demonstrated performance on a set of critical elements that contribute to successful performance in the position. The critical elements within the performance plan are aligned with the organizational goals of CSOSA and the expectation is that the results within this performance plan affect the accomplishment of CSOSA's mission and goals.

CSOSA MISSION: To enhance public safety, prevent crime and reduce recidivism among those supervised and to support the fair administration of justice in close collaboration with the community.

CSOSA STRATEGIC GOAL #1 Decrease Criminal Activity among the Supervised Population by Increasing the Number of Offenders Who Successfully Complete Supervision.

CSOSA STRATEGIC GOAL #2 Promote Successful Reintegration into Society by Linking Offenders with Preventive Interventions to Address Identified Behavioral Health, Employment, and/or Housing Needs.

CSOSA STRATEGIC GOAL #3 Support the Fair Administration of Justice by Providing Timely and Accurate Information to Criminal Justice Decision-makers.

Within the CSOSA Strategic Plan, the Office of Community Supervision Services [#6] is to "Facilitate Performance Improvement through Frequent Data-driven Reviews, Measurement Tools, and Goals Setting." CSS accomplishes this objective by combining empirical evidence, scientific methods, and performance reporting to trace the Agency's progress in the fulfillment of its mission; and, reports findings to internal and external stakeholders to inform and guide their decisions.

CSS supports CSOSA's mission and goals by:
1. Conducting rigorous program evaluation;
2. Carrying out performance measurement;
3. Using predictive analytics and research to guide decision making;
4. Promoting good stewardship of the Agency's data; and
5. Responding to requests with accurate information.

In addition, the critical elements within this plan may be aligned with the CSOSA Strategic Plan, Human Capital Plan, SES Performance Plans, or other established organizational objectives. Supervisors must communicate to employees how their performance directly impacts the accomplishment of the Agency's mission/goals. Employees are encouraged to provide input on the content of their performance plans; however, the same results and standards must be consistently applied to all personnel performing the same work. Therefore, employees should offer feedback on the performance plan throughout the year. All elements in this plan are considered critical; therefore, a rating of Level 1 (Unacceptable) on any one individual element requires that the summary rating be Level 1 (Unacceptable).

The Supervisor and Employee must sign and date below to indicate that the planning meeting occurred.

| FIRST-LINE SUPERVISOR'S PLANNING MEETING SIGNATURE AND DATE | EMPLOYEE'S PLANNING MEETING SIGNATURE AND DATE |
|---|---|
| Jdad Bethe  1/25/18 | Michelle Alste  1/25/18 |



CSOSA-OHR-430
Revised April 2015

| Progress Review |
|---|

**Employee Name:** Alston, Michelle

Progress Reviews must be held with the employee at least once during the appraisal period.   The supervisor and employee must initial and date this page below to indicate the date of the progress review.   Additional progress reviews are optional, but encouraged.   If the supervisor believes that there are critical elements where specific deficiencies in performance exist, additional progress reviews are expected and the supervisor must provide the employee with a written plan to identify those areas that are in need of improvement.  The written plan must provide suggestions, strategies, training, and/or assistance to improve the employee's performance in those identified areas.   When it is determined that the deficiencies are such that the employee's performance is currently considered below the Level 3 "Fully Meets Expectations" in any one critical element, the supervisor must contact Employee and Labor Relations for assistance in developing a constructive plan.

During the progress review, the following areas should be discussed with the employee:

1. The employee's performance towards accomplishing the goals of the office.
2. The employee's progress in terms of meeting the standards within the performance plan.   Discuss the work of the employee in terms of quality, quantity, timeliness, cost-effectiveness, and the manner the work is performed in (e.g., behavior/teamwork exhibited during the performance).   Be specific and provide actual examples where the employee is meeting or exceeding the expected standards, as well as examples where improvements could be made.
3. The employee's input into his or her performance.  The employee should communicate to the supervisor: a) specific and notable results and accomplishments during the period; b) areas that the employee feels he or she needs improvement in; c) any areas that the employee feels he or she needs specific development such as training, mentoring, or additional feedback, to improve his or her performance; and d) any suggestions that the employee feels could be implemented to improve the organization's performance.   Written accomplishments, comments, or suggestions may be provided by the employee and should be attached to this performance plan.

Please check the appropriate box:

☐ 1. Review indicates performance is at Level 3 or higher on all critical elements.

☐ 2. Review indicates performance is at Level 3 on all critical elements except those critical elements where deficiencies are stated. If box 2 is checked, the supervisor is required to provide narrative documentation that identifies the critical elements with deficiencies and provides suggestions on how the employee can improve his or her performance on those critical elements.

NOTE: If box 2 is checked, the supervisor must contact Employee and Labor Relations, Office of Human Resources.   If during additional progress review(s), the level of the employee's performance changes and a different box is checked, the supervisor must write the date of that progress review next to the checked box to clearly indicate the date of that determination.

## Narrative
**Suggestions and feedback are required when specific deficiencies in performance are identified.   Comments may be attached.**

Ms. Alston is an outstanding employee, always willing to go above and beyond.  She has excellent analytical and critical thinking skills and is very detail oriented.  She does whatever it takes to meet deadlines and turn around high quality products. As she continues to thoroughly learn OCSIS operations inside and out, she no doubt will continue to significantly and positively contribute to improving the Performance Support and Planning Unit's operations.

| | Employee's Initials | Date | Rating Official's Initials | Date |
|---|---|---|---|---|
| Progress Review | MA | 3/7/18 | DMK | 3/7/18 |
| Progress Review | | | | |
| Progress Review | | | | |



**Incumbent:** Alston, Michelle

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Conducting Program Evaluation

| Critical Element: Data Collection | Element Weight |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | 20 |

1) Conducted and documented consultations with supervisors, managers, and analysts in programming and operations units for input regarding, for example management practices, organizational problems, policy interpretations, processing and workflow, and caseload and workload balancing to gain insight on existing management practices, identify potential organizational problems, and effectively bridge research and practice;

2) Planned and conducted data collection procedures and collects and compiled data from audits, surveys, interviews, focus groups and committees to glean insight on management and performance issues and support analyses of organizational alignment, procedures, and workflow.

3) Gathered, prepared, and organized data bearing on programming and operations activities at the team, branch, program, unit, or agency level to develop a thorough understanding of performance, policies, practices, and problems bearing on programs, operations and policies;

### Performance Standards Defined at the "Fully Meets Expectations" Level

*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

The Management Analyst achieves this result through the following standards:

1) Meets regularly with supervisors, managers, and analysts from each operational programming unit to gain insight on existing management practices and potential organizational problems; thoroughly documents targeted management practices and potential organizational problems.

2) Provides substantial contributions to the development of audit, survey, interview, and focus group protocols; provides substantial contributions to the collection of management and performance data; identifies appropriate sources of data for analysis bearing on organizational alignment, procedures, and workflow.

3) Makes substantial contributions to developing summaries of policies and procedures; assists team leaders in maintaining clearinghouse of current management policies.

### Element Performance Rating

5 = Outstanding    4 = Exceeds Expectations    3 = Fully Meets Expectations
2 = Minimally Meets Expectations    1 = Unacceptable

**4**

### Supervisor's Comments

*Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.*

Ms. Alston regularly meets with Branch Chiefs, Supervisors, Office of Research and Evaluation, and other program analysts, as needed, to review data collected, identify data gaps, and make recommendations to improve data collection. She contributes and makes very substantial contributions to improve the management and collection of performance data. This year, she developed reports and analyzed data to develop recommendations to reduce drug testing at a new Illegal Substance Collection Unit (ISCU) site. She also significantly contributed to the improvement of the Sex Offender Registry (SOR) database by developing quality control reports.

**Incumbent:** Alston, Michelle

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Monitoring performance measurement and analysis

| Critical Element: Performance Measurement and Improvement | Element Weight |
|---|---|
| The results to be accomplished to support the element are below. The assigned weight is based on the element's significance. | 20 |

1) Substantially contributed to a performance measurement and improvement product;

2) Developed and proposed data-driven initiatives derived from performance, work flow, workload, or business process analyses to facilitate the success of programs, services, practices, and procedures;

3) Developed and proposed policies and procedures that increase the effectiveness and/or efficiency of programs, services, practices, and procedures that are directly derived from comprehensive program evaluations;

4) Collected, estimated, analyzed, and reported information regarding agency performance at the staff, unit, and agency level, such as the processes, policies, and strategies in place within the organization, the type or level of program activities, the direct products and services delivered, and the results of those products and services to evaluate whether activities are aligned with what was intended or should have been achieved, how well the organizational units are managed, what value they deliver for customers and other stakeholder, and the parameters under which programs are reaching the targeted results.

### Performance Standards Defined at the "Fully Meets Expectations" Level

*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

The Management Analyst achieves the result through the following standards:

1) Provides and documents support to CSS leadership team focusing on performance measurement and makes substantial contributions to performance measurement and improvement efforts; makes substantial contributions to one analysis of program performance; make substantial contributions to the formulation of one agency performance policy and /or strategy; makes substantial contributions to the conceptualization of one new program or the redesign of one ongoing program to ensure that they address current and pressing program performance issues.

2) Recommends, proposes, and makes substantial contributions to the development of one empirically derived initiative based on comprehensive performance analyses, work flow analyses, business process analyses, or program evaluation that reshapes major elements of programs to include goals, objectives, approaches, measurements, work flows, timelines, resources, and implementations to improve performance in an agency service, practice, or procedure and facilitate the success of CSOSA programs.

3) Recommends, proposes, and makes substantial contributions to the development and proposal of effective solutions that improve effectiveness or efficiency in (a) one unit-level program or (b) one policy, practice, or function of material significance to both unit and agency mission, goals, and objectives that need to be analyzed and possibly improved.

4) Reviews, and develops code to analyze performance data to accurately uncover and describe performance issues and makes substantial contributions to the preparation of data-driven performance reviews and written narratives to support thorough understanding of the Agency's performance and provide guidance to operations and program offices to enhance performance.

### Element Performance Rating

5 = Outstanding    4 = Exceeds Expectations    3 = Fully Meets Expectations
2 = Minimally Meets Expectations    1 = Unacceptable

**5**

### Supervisor's Comments

Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

Ms. Alston is very thoughtful and thorough. She has outstanding critical analysis skills that she uses on every task that she takes on. She does not rush her work and takes the time to check and ensure that the data are accurate without missing critical due dates. This past year, she has developed numerous ad hoc reports at the request of the Branch Chiefs, Deputy Associate Director, and Associate Director levels to address operational needs. She identified and developed reports for the Reception and Processing (RAP) Center to identify cases that were not assigned to supervision or investigation, offenders who did not report to the RAP, and cases missing charge descriptions in SMART; reports for the Investigations Branch to identify the number of investigations closed, the number of referrals to the Public Housing Authority, and referrals made by TIPS staff to housing programs; and several Sex Offender Registry reports. These critical reports are being used by staff to inform decision making and improve performance measurement. When she identifies something that does not make sense in the data, she thoroughly researches and analyzes the problem. A recent example, where she came across a case without an end, led her to question the back end data and reach out to the Office of Research and Evaluation (ORE) staff to review the data that populates the Agency's Enterprise Data Warehouse (EDW).

**Incumbent:** Alston, Michelle

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Use predictive analytics and research to guide decision making

| Critical Element: Analysis and Reporting | Element Weight |
|---|---|
| The results to be accomplished to support the element are below. The assigned weight is based on the element's significance. | 30 |

1) Prepared responses to data requests from internal and external stakeholders including supervisors, managers, and analysts from operations, programming, and supporting offices as well as partnering criminal justice agencies to provide constant flow of accurate and timely information bearing on staff, team, branch, unit, and/or agency policies and practices;

2) Conducted analyses and prepared narrative reports and presentations describing comprehensive performance analyses, workload, work flow, and business process analyses of team, branch, unit, and/or agency practices to determine compliance with established policies and guidelines, to evaluate their effectiveness or efficiency, and to identify inefficiencies and recommend improvements in such activities;

3) Prepared narratives and presentations for data-driven strategic and performance reviews (e.g., monthly, quarterly, and annual strategic and performance reviews) to support a thorough understanding of the Agency's performance, provide guidance to organizational units to enhance performance, to inform internal and external stakeholders on staff, team, branch, unit, or agency level performance.

4) Conducted analyses and prepared narrative reports and presentations evaluating the effectiveness or efficiency of management policies and practices and to identify inefficiencies and recommend improvements in such activities.

| Performance Standards Defined at the "Fully Meets Expectations" Level |
|---|
| Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness. |

The Management Analyst achieves the result through the following:

1) In collaboration with team leader, makes substantial contributions to the development and planning of data request responses

2) Makes substantial contributions to one (a) comprehensive performance, (b) work flow, (c) workload, or, (d) business process analyses to determine compliance with established policies and guidelines

3) Makes substantial contribution to evaluations of the effectiveness or efficiency of management policies and practices.

4) Makes substantial contributions to the development and coordination of at least 3 Associate Director or Branch level strategic support sessions.

| Element Performance Rating | |
|---|---|
| 5 = Outstanding    4 = Exceeds Expectations    3 = Fully Meets Expectations<br>2 = Minimally Meets Expectations    1 = Unacceptable | 5 |

**Supervisor's Comments**

Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

Ms. Alston has done an outstanding job of working with the Performance Support and Planning Unit staff to review Branch, Team, and staff level performance data that resulted in the Agency attaining and/or improving on all of its performance measures this fiscal year.  She also played a critical role in preparing and analyzing data for OCSIS' Summer Crime Initiaitve, developing and providing accurate reports on very quick notice with a very quick turnaround.

**Incumbent:** Alston, Michelle

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Program Support and evaluation

| Critical Element: Program and Operations Management Support | Element Weight |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | 30 |

1) Substantially contributed to organizational change management planning products;

2) Substantially contributed to organizational technology implementation;

3) Developed and revised management strategy products in response to organizational change to ensure consistency with program emphasis and agency goals and objectives;

### Performance Standards Defined at the "Fully Meets Expectations" Level

*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

The Management Analyst achieves the results through the following:

1) Makes substantial contributions to the development of a proactive approach to adapting to change, controlling change, and effecting change in programming and operations; assists in the development of a systematic approach for managing the effect of new business processes, changes in organizational structure, or cultural changes within the agency at the staff, team, branch, and unit level;

2) Contributes substantially to monthly CSS and ORE meetings providing recommendations for dash board enhancements, reports, and attends ORE Brown Bag Discussions to maintain current on evaluations systems and processes;

3) Serves as the liaison between CSS and ORE regarding dashboard updates, releases and enhancements;

| Element Performance Rating | |
|---|---|
| 5 = Outstanding    4 = Exceeds Expectations    3 = Fully Meets Expectations<br>2 = Minimally Meets Expectations    1 = Unacceptable | 5 |

### Supervisor's Comments

Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

Ms. Alston contributes significantly to the work of the unit that reflects highly on OCSIS. She worked on revising/refining performance measures for OCSIS and ensuring staff understood them and how to get credit properly in the Dashboard. She does an outstanding job of being a liaison between OCSIS and ORE.

| Incumbent: Alston, Michelle | PURPOSE OF RATING: ANNUAL ☑    INTERIM ☐ |
|---|---|

## Performance Summary Rating

- List each critical element in the performance plan (all elements must be critical).
- Assign a rating level for each element:
  (5) Level 5 (highest level of performance); (4) Level 4; (3) Level 3; (2) Level 2; (1) Level 1 (unacceptable performance)
- Score each element by multiplying the weight by the rating level.
- Interim ratings should be considered when you prepare the annual summary rating.
- After each element has been scored, compute the total point score by adding the individual scores.
- Rating officials must provide either an overall narrative justification of the summary rating or a written justification for each element rating. However, a written justification is required for any individual element rated Level 1, Level 2, Level 4; or Level 5.
- Regardless of numeric score, a Level 1 (Unacceptable) on any one critical element requires that the overall Performance Rating be Level 1 (Unacceptable).

| Critical Element | Individual Weights (Total must equal 100) | Element Rating | Score |
|---|---|---|---|
| Data Collection | 20 | 4 | 80 |
| Performance Measurement and Improvement | 20 | 5 | 100 |
| Analysis and Reporting | 30 | 5 | 150 |
| Program and Operations Management Support | 30 | 5 | 150 |
|  |  |  | 0 |
|  |  |  | 0 |
|  |  | **Summary Rating:** | **480** |

### Performance Rating

| Level 5 ☑ (470 – 500) | Level 4 ☐ (380 – 469) | Level 3 ☐ (290 – 379) | Level 2 ☐ (200 – 289) | Level 1 ☐ (100 – 199) |
|---|---|---|---|---|

| Rating Official's Signature and Title: | Date: |
|---|---|
| DEBRA DAWSON-KAFAMI  Digitally signed by DEBRA DAWSON-KAFAMI  Date: 2018.08.24 07:21:32 -04'00' | 8/24/18 |

| Approving Official's Signature and Title: | Date: |
|---|---|
| MARCUS HODGES  Digitally signed by MARCUS HODGES  Date: 2018.08.29 09:26:34 -04'00' | |

| Employee's Signature and Title: | Date: |
|---|---|
| | |

Email Form    Submit Form

Exhibit C

Lead Management Analyst – Performance Plan

## CSOSA PERFORMANCE PLAN

| EMPLOYEE NAME (LAST, FIRST, MIDDLE INITIAL): | EMPLOYEE ID# (SSN): | APPRAISAL PERIOD: |
| --- | --- | --- |
| | | FROM: July 1, 2021 |
| | | TO: June 30, 2022 |

| POSITION TITLE: | ORGANIZATIONAL COMPONENT: |
| --- | --- |
| Management Analyst (Team Leader) | OCSIS |

**EMPLOYEE AND SUPERVISOR PLEASE READ THE FOLLOWING:** Each employee's performance must be appraised annually. Performance management must be an ongoing process to provide an employee the advantage of feedback so that he or she can improve performance.  Regular feedback will also facilitate the mid-year and final year-end discussions since the issues covered in the meetings will have been previously discussed. Ratings will be based on an assessment of the individual's demonstrated performance on a set of critical elements that contribute to successful performance in the position.   The critical elements within the performance plan are aligned with the organizational goals of CSOSA and the expectation is that the results within this performance plan affect the accomplishment of CSOSA's mission and goals.

CSOSA Mission:
Effectively supervise adults under our jurisdiction to enhance public safety, reduce recidivism, support the fair administration of justice, and promote accountability, inclusion and success through the implementation of evidence-based practices in close collaboration with our criminal justice partners and the community.

Strategic Goals:
Strategic Goal 1:  Reduce recidivism by targeting criminogenic risk and needs using innovative and evidence-based strategies.
Strategic Goal 2:  Integrate offenders into the community by connecting them with resources and interventions.
Strategic Goal 3:  Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4:  Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

Guiding Principles:
Community: We believe in the value of partnerships with community organizations, local and federal criminal justice agencies, city government, the faith community, and individual citizens in promoting both successful reintegration and public safety.

Accountability: We believe in the capacity of men and women to change. Offenders are held accountable through a system of close supervision which includes swift interventions, sanctions, incentives, and support services.  CSOSA strives to create an environment that is conducive to the success of those under our supervision.

Justice: We support the fair administration of justice through the provision of timely and accurate information and recommendations to criminal justice decision makers. We believe in the efficacy and fairness of our supervision interventions and the implementation of evidence-based practices.

In addition, the critical elements within this plan may be aligned with the CSOSA Strategic Plan, Human Capital Plan, SES Performance Plans, or other established organizational objectives.  Supervisors must communicate to employees how their performance directly impacts the accomplishment of the Agency's mission/goals.   Employees are encouraged to provide input on the content of their performance plans; however, the same results and standards must be consistently applied to all personnel performing the same work.   Therefore, employees should offer feedback on the performance plan throughout the year.   All elements in this plan are considered critical; therefore, a rating of Level 1 (Unacceptable) on any one individual element requires that the summary rating be Level 1 (Unacceptable).

The Supervisor and Employee must sign and date below to indicate that the planning meeting occurred.

| FIRST-LINE SUPERVISOR'S PLANNING MEETING SIGNATURE AND DATE | EMPLOYEE'S PLANNING MEETING SIGNATURE AND DATE |
| --- | --- |
| | |

**Progress Review**

| Employee Name: | |
|---|---|

Progress Reviews must be held with the employee at least once during the appraisal period.    The supervisor and employee must initial and date this page below to indicate the date of the progress review.    Additional progress reviews are optional, but encouraged.    If the supervisor believes that there are critical elements where specific deficiencies in performance exist, additional progress reviews are expected and the supervisor must provide the employee with a written plan to identify those areas that are in need of improvement. The written plan must provide suggestions, strategies, training, and/or assistance to improve the employee's performance in those identified areas.    When it is determined that the deficiencies are such that the employee's performance is currently considered below the Level 3 "Fully Meets Expectations" in any one critical element, the supervisor must contact Employee and Labor Relations for assistance in developing a constructive plan.

During the progress review, the following areas should be discussed with the employee:

1. The employee's performance towards accomplishing the goals of the office.
2. The employee's progress in terms of meeting the standards within the performance plan.    Discuss the work of the employee in terms of quality, quantity, timeliness, cost-effectiveness, and the manner the work is performed in (e.g., behavior/teamwork exhibited during the performance).    Be specific and provide actual examples where the employee is meeting or exceeding the expected standards, as well as examples where improvements could be made.
3. The employee's input into his or her performance.    The employee should communicate to the supervisor: a) specific and notable results and accomplishments during the period; b) areas that the employee feels he or she needs improvement in; c) any areas that the employee feels he or she needs specific development such as training, mentoring, or additional feedback, to improve his or her performance; and d) any suggestions that the employee feels could be implemented to improve the organization's performance.    Written accomplishments, comments, or suggestions may be provided by the employee and should be attached to this performance plan.

Please check the appropriate box:

☐ 1. **Review indicates performance is at Level 3 or higher on _all_ critical elements.**

☐ 2. **Review indicates performance is at Level 3 on all critical elements _except_ those critical elements where deficiencies are stated. If box 2 is checked, the supervisor is _required_ to provide narrative documentation that identifies the critical elements with deficiencies and provides suggestions on how the employee can improve his or her performance on those critical elements.**

**NOTE**: If box 2 is checked, the supervisor must contact Employee and Labor Relations, Office of Human Resources.    If during additional progress review(s), the level of the employee's performance changes and a different box is checked, the supervisor must write the date of that progress review next to the checked box to clearly indicate the date of that determination.

**Narrative**
**Suggestions and feedback are required when specific deficiencies in performance are identified.    Comments may be attached.**

| | Employee's Initials | Date | Rating Official's Initials | Date |
|---|---|---|---|---|
| Progress Review | | | | |
| Progress Review | | | | |
| Progress Review | | | | |

| Incumbent: |
|---|

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Strategic Goal 3:  Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4:  Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

| **Critical Element:** Data Collection | **Element Weight** |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | 20 |

1) Ensured collection of and documentation of input from supervisors, managers, and analysts in programming and operations units for input regarding, for example, management practices, organizational problems, policy interpretation, processing and  workflow, and caseload and workload balancing to gain insight on existing management practices, identify potential organizational problems, and effectively bridge research and practice;

2) Planned and conducted data collection procedures and collects and compiles data from audits, surveys, interviews, and focus groups to glean insight on management and performance issues and support analyses of organizational alignment, procedures, and workflow;

3) Gathered, prepared, and organized data bearing on programming and operations activities at the team, branch, program, unit, or agency level to develop a thorough understanding of performance, policies, practices, and problems bearing on programs, operations, and policies;

---

**Performance Standards Defined at the "Fully Meets Expectations" Level**

*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

The staff member achieves the results though the following practices executed with five or fewer exceptions according to the Quality Specifications:

1) Meets regularly with supervisors, managers, and analysts from each operational and programming unit and thoroughly documents targeted management practices and identifies potential organizational problems.[30%]

2) Leads and provides substantial contributions to the development of audit, survey, interview, and focus group protocols; leads and provides substantial contributions to the collection of management and performance data; leads the development of datasets to support performance management and continuous improvement of service delivery; regularly collaborates with operations and programming staff and with technical staff to develop and prepare analysis datasets that meet functional specifications that regularly contain adequate, accurate, and up-to-date information to facilitate analysis .[35%]

3) Analyst serves as primary source for information bearing on operations activities and is regularly able  to thoroughly and accurately describe policies and procedures; summarizes policies and procedures and meets with research director monthly to update and share this information; maintains clearinghouse of current management policies and practices and of current literature and research bearing on best-practices and evidence-based practices in community corrections; advises research director monthly on changes in best-practices and evidence-based practices in community corrections and in incorporating these changes into agency performance, program, and operations management policies.[35%]

---

| **Element Performance Rating** | |
|---|---|
| **5** = *Outstanding*    **4** = *Exceeds Expectations*    **3** = *Fully Meets Expectations*<br>**2** = *Minimally Meets Expectations*    **1** = *Unacceptable* | |

**Supervisor's Comments**
Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

| Incumbent: |
|---|

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Strategic Goal 3: Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4: Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

| **Critical Element:** Analysis and Reporting | **Element Weight** |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | 30 |

1) Prepared responses to data requests from internal and external stakeholders including supervisors, managers, and analysts from operations, programming, and supporting offices as well as partnering criminal justice agencies to provide constant flow of accurate and timely information bearing on staff, team, branch, unit, and/or agency policies and practices;

2) Conducted analyses and prepared narrative reports and presentations describing comprehensive performance analyses, workload, workflow, and business process analyses of team, branch, unit, and/or agency practices to determine compliance with established policies and guidelines, to evaluate their effectiveness or efficiency, and to identify inefficiencies and recommend improvements in such activities;

3) Prepared narratives and presentations for data-driven strategic and performance reviews (e.g., monthly, quarterly, and annual strategic and performance reviews) to support a thorough understanding of the Agency's performance, provide guidance to organizational units to enhance performance, to inform internal and external stakeholders on staff-, team-, branch-, unit-, or agency-level performance;

4) Conducted analyses and prepared narrative reports and presentations evaluating the effectiveness or efficiency of management policies and practices and to identify inefficiencies and recommend improvements in such activities;

| **Performance Standards Defined at the "Fully Meets Expectations" Level** |
|---|
| *Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.* |

The staff member achieves the results though the following practices executed with five or fewer exceptions according to the Quality Specifications:

1) Leads management analyst team in the development and planning of data request responses and monitors team responses to data requests.[25%]

2) Leads and makes substantial contributions to at least two (a) comprehensive performance, (b) workflow, (c) workload, or (d) business process analyses to determine compliance with established policies and guidelines.[25%]

3) Leads and makes substantial contributions to the development and coordination of at least 6 data-driven performance and strategic reviews including quarterly performance reviews and CSOSA-Stat reviews .[25%]

4) Leads and makes substantial contributions to at least two evaluations of the effectiveness or efficiency of management policies and practices.[25%]

| **Element Performance Rating** | |
|---|---|
| 5 = *Outstanding*    4 = *Exceeds Expectations*    3 = *Fully Meets Expectations*<br>2 = *Minimally Meets Expectations*    1 = *Unacceptable* | |

| **Supervisor's Comments** |
|---|
| Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached. |
| |

**Incumbent:**

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Strategic Goal 3:  Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4:  Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

| **Critical Element:** Performance Measurement and Improvement | **Element Weight** |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | **30** |

1) Substantially contributed to performance measurement and improvement products

2) Developed and proposed data-driven initiatives derived from performance, workflow, workload, or business process analyses to facilitate the success of programs, services, practices, and procedures;

3) Developed and proposed policies and procedures that increase the effectiveness and/or efficiency of programs, services, practices, and procedures that are directly derived from comprehensive program evaluations;

4) Collected, estimated, analyzed, and reported information regarding agency performance at the staff, unit, and agency level, such as the processes, policies, and strategies in place within the organization, the type or level of program activities, the direct products and services delivered, and the results of those products and services  to evaluate whether activities are aligned with what was intended or should have been achieved, how well the organizational units are managed, what value they deliver for customers and other stakeholders, and the parameters under which programs are reaching the targeted results

### Performance Standards Defined at the "Fully Meets Expectations" Level
*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

The staff member achieves the results though the following practices executed with five or fewer exceptions according to the Quality Specifications:
1) Provides and documents support to research team focusing on performance measurement and makes substantial contributions to performance measurement and improvement efforts; recommends, reviews, approves, monitors, and makes substantial contributions to at least two analyses of program performance; recommends, reviews, approves, monitors, and makes substantial contributions to the formulation of at least two agency performance policies and strategies; recommends, reviews, approves, monitors, and makes substantial contributions the conceptualization of at least two new programs or the redesign of two ongoing programs to ensure they address current and pressing program performance issues. [20%]

2) Recommends, reviews, proposes, approves, and makes substantial contributions to the development of one empirically derived initiative based on comprehensive performance analyses, workflow analyses, business process analyses, or program evaluation that reshapes major elements of programs to include goals, objectives, approaches, measurements, workflows, timelines, resources, and implementations to improve performance in an agency service, practice, or procedure and facilitate the success of CSOSA programs.[30%]

3) Recommends, reviews, proposes, approves, and makes substantial contributions to the development and proposal of effective solutions that improve effectiveness or efficiency in (a) one unit-level program or (b) at least two policies, practices, or functions of material significance to both unit and agency mission, goals, and objectives that need to be analyzed and possibly improved.  [30%]

4) Develops, reviews, and approves code to analyze performance data to accurately uncover and describe performance issues and makes substantial contributions to the preparation of data-driven performance reviews and written narratives to support thorough understanding of the Agency's performance and provide guidance to operations and program offices to enhance performance .[20%]

| Element Performance Rating | |
|---|---|
| **5** = Outstanding    **4** = Exceeds Expectations    **3** = Fully Meets Expectations<br>**2** = Minimally Meets Expectations    **1** = Unacceptable | |

### Supervisor's Comments
Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

**Incumbent:**

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Strategic Goal 3: Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4: Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

| **Critical Element:** Program and Operations Management | **Element Weight** |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | **20** |

1) Substantially contributed to organizational change management planning products;

2) Substantially contributed to organizational technology implementation;

3) Developed and revised management strategy products in response to organizational change to ensure consistency with program emphasis and agency goals and objectives;

**Performance Standards Defined at the "Fully Meets Expectations" Level**

*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

The staff member achieves the results though the following practices executed with five or fewer exceptions according to the Quality Specifications:

1) In collaboration with research director, makes substantial contributions to the development of a proactive approach to adapting to change, controlling change, and effecting change in programming and operations and leads the development of a systematic approach for managing the effect of new business processes, changes in organizational structure, or cultural changes within the agency at the staff, team, branch, and unit level.[20%]

2) Leads and makes substantial contributions to the development and implementation of at least two technological improvements that increase effectiveness or efficiency in either unit-level programs or specific policies, practices, or functions of material significance to both unit and agency mission, goals, and objectives; recommends and leads the development and/or enhancement of at least four performance- or management-focused dashboard reports.[40%]

3) Leads and makes substantial contributions to (a) the definition of one new procedure or policy or (b) the refinement of two existing procedures or policies to ensure activities are consistent with program emphases and agency goals and objectives.[40%]

| **Element Performance Rating**<br>**5** = *Outstanding*    **4** = *Exceeds Expectations*    **3** = *Fully Meets Expectations*<br>**2** = *Minimally Meets Expectations*    **1** = *Unacceptable* | |
|---|---|

**Supervisor's Comments**

Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

| | |
|---|---|
| **Incumbent:** | |
| **ALIGNED CSOSA ORGANIZATIONAL GOAL:** | |

| **Critical Element:** | **Element Weight** |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | |

**Performance Standards Defined at the "Fully Meets Expectations" Level**

*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

**Element Performance Rating**

**5** = *Outstanding*    **4** = *Exceeds Expectations*    **3** = *Fully Meets Expectations*
**2** = *Minimally Meets Expectations*    **1** = *Unacceptable*

**Supervisor's Comments**

Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

| Incumbent: | |
|---|---|
| **ALIGNED CSOSA ORGANIZATIONAL GOAL:** | |
| | |

| **Critical Element:** | **Element Weight** |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | |
| | |

| **Performance Standards Defined at the "Fully Meets Expectations" Level** |
|---|
| *Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.* |
| |

| **Element Performance Rating** | |
|---|---|
| **5** = *Outstanding*   **4** = *Exceeds Expectations*   **3** = *Fully Meets Expectations*<br>**2** = *Minimally Meets Expectations*   **1** = *Unacceptable* | |
| **Supervisor's Comments** | |
| Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached. | |
| | |

| Incumbent: | PURPOSE OF RATING: |
| --- | --- |
| | ANNUAL ☐     INTERIM ☐ |

# Performance Summary Rating

• List each critical element in the performance plan (all elements must be critical).
• Assign a rating level for each element:
  (5) Level 5 (highest level of performance); (4) Level 4; (3) Level 3; (2) Level 2; (1) Level 1 (unacceptable performance)
• Score each element by multiplying the weight by the rating level.
• Interim ratings should be considered when you prepare the annual summary rating.
• After each element has been scored, compute the total point score by adding the individual scores.
• Rating officials must provide either an overall narrative justification of the summary rating or a written justification for each element rating.  However, a written justification is required for any individual element rated Level 1, Level 2, Level 4, or Level 5.
• Regardless of numeric score, a Level 1 (Unacceptable) on any one critical element requires that the overall Performance Rating be Level 1 (Unacceptable).

| Critical Element | Individual Weights (Total must equal 100) | Element Rating | Score |
| --- | --- | --- | --- |
| Data Collection | 20 | | 0 |
| Analysis and Reporting | 30 | | 0 |
| Performance Measurement and Improvement | 30 | | 0 |
| Program and Operations Management | 20 | | 0 |
| | | | 0 |
| | | | 0 |
| | | Summary Rating: | 0 |

**Performance Rating**

| Level 5 ☐ (470 – 500) | Level 4 ☐ (380 – 469) | Level 3 ☐ (290 – 379) | Level 2 ☐ (200 – 289) | Level 1 ☐ (100 – 199) |
| --- | --- | --- | --- | --- |

| **Rating Official's Signature and Title:** | **Date:** |
| --- | --- |
| | |

| **Approving Official's Signature and Title:** | **Date:** |
| --- | --- |
| | |

| **Employee's Signature and Title:** | **Date:** |
| --- | --- |
| | |

## CSOSA PERFORMANCE PLAN

| EMPLOYEE NAME (LAST, FIRST, MIDDLE INITIAL): | EMPLOYEE ID# (SSN): | APPRAISAL PERIOD:<br>FROM: July 1, 2020<br>TO: June 30, 2021 |
|---|---|---|

| POSITION TITLE:<br>Management Analyst (Team Leader) | ORGANIZATIONAL COMPONENT:<br>OCSIS |
|---|---|

**EMPLOYEE AND SUPERVISOR PLEASE READ THE FOLLOWING:** Each employee's performance must be appraised annually. Performance management must be an ongoing process to provide an employee the advantage of feedback so that he or she can improve performance. Regular feedback will also facilitate the mid-year and final year-end discussions since the issues covered in the meetings will have been previously discussed. Ratings will be based on an assessment of the individual's demonstrated performance on a set of critical elements that contribute to successful performance in the position. The critical elements within the performance plan are aligned with the organizational goals of CSOSA and the expectation is that the results within this performance plan affect the accomplishment of CSOSA's mission and goals.

CSOSA Mission:
Effectively supervise adults under our jurisdiction to enhance public safety, reduce recidivism, support the fair administration of justice, and promote accountability, inclusion and success through the implementation of evidence-based practices in close collaboration with our criminal justice partners and the community.

Strategic Goals:
Strategic Goal 1: Reduce recidivism by targeting criminogenic risk and needs using innovative and evidence-based strategies.
Strategic Goal 2: Integrate offenders into the community by connecting them with resources and interventions.
Strategic Goal 3: Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4: Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

Guiding Principles:
Community: We believe in the value of partnerships with community organizations, local and federal criminal justice agencies, city government, the faith community, and individual citizens in promoting both successful reintegration and public safety.

Accountability: We believe in the capacity of men and women to change. Offenders are held accountable through a system of close supervision which includes swift interventions, sanctions, incentives, and support services. CSOSA strives to create an environment that is conducive to the success of those under our supervision.

Justice: We support the fair administration of justice through the provision of timely and accurate information and recommendations to criminal justice decision makers. We believe in the efficacy and fairness of our supervision interventions and the implementation of evidence-based practices.

In addition, the critical elements within this plan may be aligned with the CSOSA Strategic Plan, Human Capital Plan, SES Performance Plans, or other established organizational objectives. Supervisors must communicate to employees how their performance directly impacts the accomplishment of the Agency's mission/goals. Employees are encouraged to provide input on the content of their performance plans; however, the same results and standards must be consistently applied to all personnel performing the same work. Therefore, employees should offer feedback on the performance plan throughout the year. All elements in this plan are considered critical; therefore, a rating of Level 1 (Unacceptable) on any one individual element requires that the summary rating be Level 1 (Unacceptable).

The Supervisor and Employee must sign and date below to indicate that the planning meeting occurred.

| FIRST-LINE SUPERVISOR'S PLANNING MEETING SIGNATURE AND DATE | EMPLOYEE'S PLANNING MEETING SIGNATURE AND DATE |
|---|---|
| | |

| Email Form | Submit Form |
|---|---|

CSOSA-OHR-430
Revised April 2015

## Progress Review

**Employee Name:**

Progress Reviews must be held with the employee at least once during the appraisal period.   The supervisor and employee must initial and date this page below to indicate the date of the progress review.   Additional progress reviews are optional, but encouraged.   If the supervisor believes that there are critical elements where specific deficiencies in performance exist, additional progress reviews are expected and the supervisor must provide the employee with a written plan to identify those areas that are in need of improvement. The written plan must provide suggestions, strategies, training, and/or assistance to improve the employee's performance in those identified areas.   When it is determined that the deficiencies are such that the employee's performance is currently considered below the Level 3 "Fully Meets Expectations" in any one critical element, the supervisor must contact Employee and Labor Relations for assistance in developing a constructive plan.

During the progress review, the following areas should be discussed with the employee:

1.  The employee's performance towards accomplishing the goals of the office.
2.  The employee's progress in terms of meeting the standards within the performance plan.   Discuss the work of the employee in terms of quality, quantity, timeliness, cost-effectiveness, and the manner the work is performed in (e.g., behavior/teamwork exhibited during the performance).   Be specific and provide actual examples where the employee is meeting or exceeding the expected standards, as well as examples where improvements could be made.
3.  The employee's input into his or her performance.   The employee should communicate to the supervisor: a) specific and notable results and accomplishments during the period; b) areas that the employee feels he or she needs improvement in; c) any areas that the employee feels he or she needs specific development such as training, mentoring, or additional feedback, to improve his or her performance; and d) any suggestions that the employee feels could be implemented to improve the organization's performance.   Written accomplishments, comments, or suggestions may be provided by the employee and should be attached to this performance plan.

Please check the appropriate box:

☐ **1.    Review indicates performance is at Level 3 or higher on all critical elements.**

☐ **2.    Review indicates performance is at Level 3 on all critical elements except those critical elements where deficiencies are stated. If box 2 is checked, the supervisor is required to provide narrative documentation that identifies the critical elements with deficiencies and provides suggestions on how the employee can improve his or her performance on those critical elements.**

**NOTE:** If box 2 is checked, the supervisor must contact Employee and Labor Relations, Office of Human Resources.   If during additional progress review(s), the level of the employee's performance changes and a different box is checked, the supervisor must write the date of that progress review next to the checked box to clearly indicate the date of that determination.

## Narrative

**Suggestions and feedback are required when specific deficiencies in performance are identified.    Comments may be attached.**

| | Employee's Initials | Date | Rating Official's Initials | Date |
|---|---|---|---|---|
| Progress Review | | | | |
| Progress Review | | | | |
| Progress Review | | | | |

[ Email Form ]    [ Submit Form ]

| Incumbent: | |
|---|---|
| **ALIGNED CSOSA ORGANIZATIONAL GOAL:** | |

Strategic Goal 3:  Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4:  Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

| **Critical Element:** Data Collection | **Element Weight** |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | **20** |

1) Ensured collection of and documentation of input from supervisors, managers, and analysts in programming and operations units for input regarding, for example, management practices, organizational problems, policy interpretation, processing and  workflow, and caseload and workload balancing to gain insight on existing management practices, identify potential organizational problems, and effectively bridge research and practice;

2) Planned and conducted data collection procedures and collects and compiles data from audits, surveys, interviews, and focus groups to glean insight on management and performance issues and support analyses of organizational alignment, procedures, and workflow;

3) Gathered, prepared, and organized data bearing on programming and operations activities at the team, branch, program, unit, or agency level to develop a thorough understanding of performance, policies, practices, and problems bearing on programs, operations, and policies;

---

### Performance Standards Defined at the "Fully Meets Expectations" Level
*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

The staff member achieves the results though the following practices executed with five or fewer exceptions according to the Quality Specifications:

1) Meets regularly with supervisors, managers, and analysts from each operational and programming unit and thoroughly documents targeted management practices and identifies potential organizational problems.[30%]

2) Leads and provides substantial contributions to the development of audit, survey, interview, and focus group protocols; leads and provides substantial contributions to the collection of management and performance data; leads the development of datasets to support performance management and continuous improvement of service delivery; regularly collaborates with operations and programming staff and with technical staff to develop and prepare analysis datasets that meet functional specifications that regularly contain adequate, accurate, and up-to-date information to facilitate analysis .[35%]

3) Analyst serves as primary source for information bearing on operations activities and is regularly able  to thoroughly and accurately describe policies and procedures; summarizes policies and procedures and meets with research director monthly to update and share this information; maintains clearinghouse of current management policies and practices and of current literature and research bearing on best-practices and evidence-based practices in community corrections; advises research director monthly on changes in best-practices and evidence-based practices in community corrections and in incorporating these changes into agency performance, program, and operations management policies.[35%]

| **Element Performance Rating** | |
|---|---|
| **5** = *Outstanding*    **4** = *Exceeds Expectations*     **3** = *Fully Meets Expectations* **2** = *Minimally Meets Expectations*     **1** = *Unacceptable* | |
| **Supervisor's Comments** | |
| Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached. | |

| Incumbent: |
|---|

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Strategic Goal 3:  Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4:  Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

| Critical Element: Analysis and Reporting | Element Weight |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | 30 |

1) Prepared responses to data requests from internal and external stakeholders including supervisors, managers, and analysts from operations, programming, and supporting offices as well as partnering criminal justice agencies to provide constant flow of accurate and timely information bearing on staff, team, branch, unit, and/or agency policies and practices;

2) Conducted analyses and prepared narrative reports and presentations describing comprehensive performance analyses, workload, workflow, and business process analyses of team, branch, unit, and/or agency practices to determine compliance with established policies and guidelines, to evaluate their effectiveness or efficiency, and to identify inefficiencies and recommend improvements in such activities;

3) Prepared narratives and presentations for data-driven strategic and performance reviews (e.g., monthly, quarterly, and annual strategic and performance reviews) to support a thorough understanding of the Agency's performance, provide guidance to organizational units to enhance performance, to inform internal and external stakeholders on staff-, team-, branch-, unit-, or agency-level performance;

4) Conducted analyses and prepared narrative reports and presentations evaluating the effectiveness or efficiency of management policies and practices and to identify inefficiencies and recommend improvements in such activities;

| **Performance Standards Defined at the "Fully Meets Expectations" Level** |
|---|
| *Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.* |

The staff member achieves the results though the following practices executed with five or fewer exceptions according to the Quality Specifications:

1) Leads management analyst team in the development and planning of data request responses and monitors team responses to data requests.[25%]

2) Leads and makes substantial contributions to at least two (a) comprehensive performance, (b) workflow, (c) workload, or (d) business process analyses to determine compliance with established policies and guidelines.[25%]

3) Leads and makes substantial contributions to the development and coordination of at least 6 data-driven performance and strategic reviews including quarterly performance reviews and CSOSA-Stat reviews .[25%]

4) Leads and makes substantial contributions to at least two evaluations of the effectiveness or efficiency of management policies and practices.[25%]

| **Element Performance Rating** | |
|---|---|
| **5** = *Outstanding*    **4** = *Exceeds Expectations*    **3** = *Fully Meets Expectations*<br>**2** = *Minimally Meets Expectations*    **1** = *Unacceptable* | |

| **Supervisor's Comments** |
|---|
| Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached. |
| |

| Incumbent: |
| --- |

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Strategic Goal 3: Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4: Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

| Critical Element: Performance Measurement and Improvement | Element Weight |
| --- | --- |
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | 30 |

1) Substantially contributed to performance measurement and improvement products

2) Developed and proposed data-driven initiatives derived from performance, workflow, workload, or business process analyses to facilitate the success of programs, services, practices, and procedures;

3) Developed and proposed policies and procedures that increase the effectiveness and/or efficiency of programs, services, practices, and procedures that are directly derived from comprehensive program evaluations;

4) Collected, estimated, analyzed, and reported information regarding agency performance at the staff, unit, and agency level, such as the processes, policies, and strategies in place within the organization, the type or level of program activities, the direct products and services delivered, and the results of those products and services to evaluate whether activities are aligned with what was intended or should have been achieved, how well the organizational units are managed, what value they deliver for customers and other stakeholders, and the parameters under which programs are reaching the targeted results

## Performance Standards Defined at the "Fully Meets Expectations" Level
*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

The staff member achieves the results though the following practices executed with five or fewer exceptions according to the Quality Specifications:
1) Provides and documents support to research team focusing on performance measurement and makes substantial contributions to performance measurement and improvement efforts; recommends, reviews, approves, monitors, and makes substantial contributions to at least two analyses of program performance; recommends, reviews, approves, monitors, and makes substantial contributions to the formulation of at least two agency performance policies and strategies; recommends, reviews, approves, monitors, and makes substantial contributions the conceptualization of at least two new programs or the redesign of two ongoing programs to ensure they address current and pressing program performance issues. [20%]

2) Recommends, reviews, proposes, approves, and makes substantial contributions to the development of one empirically derived initiative based on comprehensive performance analyses, workflow analyses, business process analyses, or program evaluation that reshapes major elements of programs to include goals, objectives, approaches, measurements, workflows, timelines, resources, and implementations to improve performance in an agency service, practice, or procedure and facilitate the success of CSOSA programs.[30%]

3) Recommends, reviews, proposes, approves, and makes substantial contributions to the development and proposal of effective solutions that improve effectiveness or efficiency in (a) one unit-level program or (b) at least two policies, practices, or functions of material significance to both unit and agency mission, goals, and objectives that need to be analyzed and possibly improved. [30%]

4) Develops, reviews, and approves code to analyze performance data to accurately uncover and describe performance issues and makes substantial contributions to the preparation of data-driven performance reviews and written narratives to support thorough understanding of the Agency's performance and provide guidance to operations and program offices to enhance performance .[20%]

| Element Performance Rating | |
| --- | --- |
| 5 = Outstanding    4 = Exceeds Expectations    3 = Fully Meets Expectations<br>2 = Minimally Meets Expectations    1 = Unacceptable | |

## Supervisor's Comments
Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

| Incumbent: |
|---|

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

Strategic Goal 3:  Strengthen and promote accountability by ensuring offender compliance and cultivating a culture of continuous measurement and improvement.
Strategic Goal 4:  Support the fair administration of justice by providing timely and accurate information to criminal justice decision-makers.

| Critical Element: Program and Operations Management | Element Weight |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | **20** |

1) Substantially contributed to organizational change management planning products;

2) Substantially contributed to organizational technology implementation;

3) Developed and revised management strategy products in response  to organizational change to ensure consistency with program emphasis and agency goals and objectives;

---

**Performance Standards Defined at the "Fully Meets Expectations" Level**

*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

The staff member achieves the results though the following practices executed with five or fewer exceptions according to the Quality Specifications:

1) In collaboration with research director, makes substantial contributions to the development of a proactive approach to adapting to change, controlling change, and effecting change in programming and operations and leads the development of  a systematic approach for managing the effect of new business processes, changes in organizational structure, or cultural changes within the agency at the staff, team, branch, and unit level.[20%]

2) Leads and makes substantial contributions to the development and implementation of at least two technological improvements that increase effectiveness or efficiency in either unit-level programs or specific policies, practices, or functions of material significance to both unit and agency mission, goals, and objectives; recommends and leads the development and/or enhancement of at least four performance- or management-focused dashboard reports.[40%]

3) Leads and makes substantial contributions to (a) the definition of one new procedure or policy or (b) the refinement of two existing procedures or policies to ensure activities are consistent with program emphases and agency goals and objectives.[40%]

| Element Performance Rating | |
|---|---|
| **5** = *Outstanding*     **4** = *Exceeds Expectations*     **3** = *Fully Meets Expectations*<br>**2** = *Minimally Meets Expectations*     **1** = *Unacceptable* | |

**Supervisor's Comments**
Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

Incumbent:

**ALIGNED CSOSA ORGANIZATIONAL GOAL:**

| **Critical Element:** | **Element Weight** |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | |

**Performance Standards Defined at the "Fully Meets Expectations" Level**
*Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.*

**Element Performance Rating**
**5** = *Outstanding*    **4** = *Exceeds Expectations*    **3** = *Fully Meets Expectations*
**2** = *Minimally Meets Expectations*    **1** = *Unacceptable*

**Supervisor's Comments**
Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached.

| Incumbent: | |
|---|---|
| **ALIGNED CSOSA ORGANIZATIONAL GOAL:** | |

| **Critical Element:** | **Element Weight** |
|---|---|
| *The results to be accomplished to support the element are below. The assigned weight is based on the element's significance.* | |

| **Performance Standards Defined at the "Fully Meets Expectations" Level** |
|---|
| *Performance standards must assess results on the basis of quality, quantity, timeliness and/or cost-effectiveness.* |

| **Element Performance Rating** | |
|---|---|
| **5** = *Outstanding*     **4** = *Exceeds Expectations*     **3** = *Fully Meets Expectations*<br>**2** = *Minimally Meets Expectations*     **1** = *Unacceptable* | |

| **Supervisor's Comments** |
|---|
| Statement required for a rating of Unacceptable, Minimally Meets, Exceeds Expectations, or Outstanding. Comments may be attached. |

| Incumbent: | | PURPOSE OF RATING: <br> ANNUAL ☐    INTERIM ☐ |
|---|---|---|

## Performance Summary Rating

- List each critical element in the performance plan (all elements must be critical).
- Assign a rating level for each element:
  (5) Level 5 (highest level of performance); (4) Level 4; (3) Level 3; (2) Level 2; (1) Level 1 (unacceptable performance)
- Score each element by multiplying the weight by the rating level.
- Interim ratings should be considered when you prepare the annual summary rating.
- After each element has been scored, compute the total point score by adding the individual scores.
- Rating officials must provide either an overall narrative justification of the summary rating or a written justification for each element rating.  However, a written justification is required for any individual element rated Level 1, Level 2, Level 4, or Level 5.
- Regardless of numeric score, a Level 1 (Unacceptable) on any one critical element requires that the overall Performance Rating be Level 1 (Unacceptable).

| Critical Element | Individual Weights (Total must equal 100) | Element Rating | Score |
|---|---|---|---|
| Data Collection | 20 | | 0 |
| Analysis and Reporting | 30 | | 0 |
| Performance Measurement and Improvement | 30 | | 0 |
| Program and Operations Management | 20 | | 0 |
| | | | 0 |
| | | | 0 |
| Summary Rating: | | | 0 |

**Performance Rating**

| Level 5 ☐ (470 – 500) | Level 4 ☐ (380 – 469) | Level 3 ☐ (290 – 379) | Level 2 ☐ (200 – 289) | Level 1 ☐ (100 – 199) |
|---|---|---|---|---|

| Rating Official's Signature and Title: | Date: |
|---|---|
| | |

| Approving Official's Signature and Title: | Date: |
|---|---|
| | |

| Employee's Signature and Title: | Date: |
|---|---|
| | |

Email Form    Submit Form

Exhibit D

Management Analyst GS12 Job Position Description

| POSITION INFORMATION (For a description of the major duties and responsibilities see attached) | | | | Agency Position No.OD075A |
|---|---|---|---|---|

**Reason for Submission:**

Service:
Headquarters

Field

Explanation (Show any positions replaced):
Establish in ADS

**Employing Office Location:** Washington DC

**Duty Station.** Washington DC

**OPM Certification No.**

**Fair Labor Standards Act:**
☑ Exempt

☐ Nonexempt

**Financial Statements Required:**
☑ No conflict of interest or financial disclosure statement required

☐ SF-278, Financial Disclosure Report, required

☐ SF-450, Executive Branch Personnel Confidential

Financial Disclosure Report, required

GPO-U.S. 089233

SI-1085 required     MSPB-849 required

**Subject to IA Action:**

**Position Status:**
☑ Competitive (specify in remarks)

☐ Excepted

☐ SES (gen.)

☐ SES (CR)

☐ NA

**Position Is:**
☐ Supervisory

☐ Managerial

☐ Neither

**Sensitivity:** Moderate Risk

**Competitive Level Code:**
Agency Use:

**Functional Classification Code:**

**Official Title:** Management Analyst GS-0343-12

**Organizational Title of Position (if different from official title):**
Management Analyst

**Department, Agency, or Establishment:**
Court Services and Offender Supervision Agency

**First Subdivision:** Office of Research and Evaluation

**Second Subdivision:**

**Classified/Graded by:** CARLOS PERKINS SR HR SPEC STAFF CLASS  *Carlos Park*

**Name of Employee:** (if vacant, specify)

**Third Subdivision:**

**Fourth Subdivision:**

**Fifth Subdivision:**

**Employee Review-This is an accurate description of the major duties and responsibilities of my position.**

**Signature of Employee(optional)**

**Supervisory Certification:** I certify that that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

**Name and Title of Immediate Supervisor:**
Calvin Johnson Director Office Research Evaluation

**Signature**  Date 2-28-13

**Typed Name and Title of Higher-Level Supervisor or Manager:** (optional) Nancy Ware Director CSOSA

**Signature**    **Date**

**Classification/Job Grading Certification.** I certify that this position has been classified/graded as required by title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

**Position Classification Standards Used in classifying/Grading Position:**

**Typed Name and Title of Official Taking Action:**

**Signature**  *Carlos Park*   **Date** 2/8/2013

**Information for Employees:** The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee (optional) | | | | | | | | | | |
| Supervisor | | | | | | | | | | |
| Classifier | | | | | | | | | | |

**Remarks:** This is Management Analyst GS-0343-12 full performance level.

**Management Analyst  GS-0343-12 Position Number: OD075A**

**Introductory Statement:** This position is located in the Court Services and Offender Supervision Agency (CSOSA), Office of Research and Evaluation (ORE). The Agency is responsible for providing Community Supervision to Offenders on Parole, Probation, and supervised release in the District of Columbia. CSOSA works closely with the other Criminal Justice agencies, community organizations, and community leaders to provide the full range of comprehensive services to support the fair administration of justice, increase public safety, prevent crime, and reduce recidivism. The Office of Research and Evaluation is composed of behavioral and social scientists responsible for conducting research and program evaluation of community supervision and interventions believed to contribute to the successful supervision of offenders in the community. The office ensures accurate reporting of the Agency's supervision and programming performance measures using data extracted and analyzed from its Supervision and Management Automated Record Tracking case management system. Staff in the office is also responsible for performing predictive analytics, program evaluations, cost-benefit analyses, and a host of other mission-critical analytical support for departments across the agency. The incumbent is the Management Analyst and conducts comprehensive performance analysis of individual, team and branch caseloads to determine compliance with established policies and procedures;  consults with staff for their input on case management practices, policy interpretation and case assignment issues; conducts comprehensive operational analyses and management studies regarding all phases of organizational and alignment, procedures, workflow, and other subjects; conducts, reviews, and analyzes research and program evaluation of community supervision and interventions for soundness of technical approach and adequacy of results and recommendations.

**MDAs and Duties for this Position**

---

**Prepares Reports and Oral Presentations Relevant to Work Assignments 15%**

Writes correspondence, reports, grant proposals (budget), or other documents related to work assignments or developmental activities conducted under broad supervisory guidance.  Gathers, interprets, and analyzes information.   Records information necessary to reports.

Prepares and delivers oral presentations to a variety of audiences within the Library concerning programs relating to present duties, responsibilities and leadership, and other areas specifically researched and analyzed.

Tasks include:

Analyzed issues concerning administrative policies and/or management theories that required adaptation for application to internal program issues and problems.

**Program Management 50%**

Plans and conducts management surveys and audits to evaluate programs for a major organizational segment, ensuring that management policies, practices, and procedures are consistent with strategic goals and objectives of CSOSA.  Resolves audit and inspection activities.  Develops improved procedures, and internal and external controls to prevent fraud, waste, and abuse.

Tasks include:

Conducted management surveys and audits to evaluate programs for a major organizational segment.

### Social Services Project/Program Management 20%

Administers a complex social services program.   Participates with the supervisor and primary staff in developing and organizing policies and programs and other related concerns for program management. Participates in the development of new plans, schedules, or methods to accommodate changing program requirements. Identifies objectives based on an analysis of interrelated issues of effectiveness, efficiency, and productivity of substantive mission-oriented programs, such as those implemented at a regional or comparable level. Determines approach to achieve objectives, identifies specific steps, and decides on meetings, information, and other input.

Assists in developing, organizing, and implementing functional short- and long-range plans. Estimates resources required. Revises program operations for consistency with strategies and program emphasis.

Participates in general management reviews. Conducts functional inspections for compliance with policies, plans, regulations, and work planning.

Tasks include:

Evaluated the progress of social services programs and made recommendations for improving program performance.

Analyzed and/or provided guidance  on area plans, program data, and/or demonstration projects.

### Agency-Wide Technical Resource 15%

Supports policy dialogue between CSOSA/Washington and the field by assuring the concerns of both are fully communicated.  Researches, develops, or obtains information necessary for management of sectoral programs, identifies implications for CSOSA policies, programs, and strategies, and transfers needed information.. Represents CSOSA interests to external organizations,.

Assists with the application of established policy and strategy to the implementation of CSOSA Social Science analysis programs in order to achieve policy objectives.  Analyzes policy and guidance to assure they are interpreted and applied consistently, and that sectoral programs and projects are developed and implemented coherently.  Assists in identifying social science strategies and projects that prove particularly successful, so they may be shared and replicated.  Maintains a continuous review of sectoral strategies to appraise and report on progress toward the achievement of goals and the adequacy of institutional arrangements, and to take and/or recommend remedial actions.

Tasks include:

Served as project manager or assistant project manager for centrally managed projects, grants, or contracts within the social science area.

Performed analyses of complex policy issues and made policy recommendations to senior agency officials on technical and sensitive policy issues.


Collateral Duties

**Factor Statements**

**Factor 1-7 Knowledge Required by the Position**

The position requires: (1) Knowledge and skill in applying analytical and evaluative methods and techniques to issues or studies concerning the efficiency and effectiveness of program operations; (2) Knowledge of pertinent laws, regulations, policies and precedents which affect the use of program and related support resources in the area studied; (3) Knowledge of the major issues, program goals and objectives, work processes, and administrative operations of the organization;

 (4) Knowledge and skill in adapting analytical techniques and evaluation criteria to the measurement and improvement of program effectiveness and/or organizational productivity; (5) Skill in conducting detailed analyses of complex functions and work processes; and (6) Interpersonal skills in presenting staffing recommendations and negotiating solutions to disputed recommendations.

**Factor 2-4 Supervisory Controls**

The supervisor and employee develop a mutually acceptable project plan which typically includes identification of the work to be done, the scope of the project, and deadlines for its completion.  Within the parameters of the approved project plan, the employee is responsible for planning and organizing the study, estimating costs, coordinating with staff and line management personnel, and conducting all phases of the project.  The employee informs the supervisor of potentially controversial findings, issues, or problems with widespread impact.  Completed projects, evaluations, reports, or recommendations are reviewed by the supervisor for compatibility with organizational goals, guidelines, and effectiveness in achieving intended objectives.

**Factor 3-4 Guidelines**

Guidelines consist of general administrative policies and management and organizational theories which require considerable adaptation and/or interpretation for application to issues and problems studied.  Administrative policies and precedent studies provide a basic outline of results desired, but do not go into detail as to the methods used to accomplish the project.  Administrative guidelines usually cover program goals and objectives of the employing organization.  Within the context of broad regulatory guidelines the employee may refine or develop more specific guidelines such as implementing regulations or methods.

**Factor 4-5 Complexity**

Analyzes interrelated issues of effectiveness, efficiency, and productivity of substantive mission-oriented programs.  Develops detailed plans, goals, and objectives for the long-range implementation and administration of the program, and/or develops criteria for evaluating the effectiveness of the program.  Decisions concerning planning, organizing and conducting studies are complicated by conflicting program goals and objectives. Assignments are complicated by the need to deal with subjective concepts, the quality and quantity of actions are measurable primarily in predictive terms, and findings and conclusions are highly subjective and not readily susceptible to verification through replication of study methods or reevaluation of results.

Options, recommendations, and conclusions take into account and give appropriate weight to uncertainties about the data and other variables which affect long-range program performance.

**Factor 5-4 Scope and Effect**

The purpose of the position is to assess the productivity, effectiveness, and efficiency of program operations and/or analyze and resolve problems in the staffing, effectiveness and efficiency of administrative support and staff activities. Establishes criteria to measure and/or predict the attainment of program or organizational goals and objectives. Contributes to the improvement of productivity, effectiveness, and efficiency in program operations and/or administrative support activities at different echelons and/or geographical locations within the organization. The work affects the plans, goals, and effectiveness of missions and programs at these various echelons or locations. The work may affect the nature of administrative work done in components of other agencies.

**Factor 6-3 Personal Contacts**

Personal contacts are with persons outside the agency which may include consultants, contractors, or business executives in a moderately unstructured setting. Contacts may also include the head of the employing agency or program officials several managerial levels removed from the employee when such contacts occur on an ad-hoc basis.

**Factor 7-3 Purpose of Contacts**

The purpose of contacts is to influence managers or other officials to accept and implement findings and recommendations on organizational improvement or program effectiveness. May encounter resistance due to such issues as organizational conflict, competing objectives, or resource problems.

**Factor 8-1 Physical Demands**

The work is primarily sedentary, although some slight physical effort may be required.

**Factor 9-1 Work Environment**

Work is typically performed in an adequately lighted and climate controlled office.

**Management Analyst  GS-0343-12 Position Number: OD075A**
**Evaluation Statement**

| Evaluation Factors | Tentative Level | Points | Final Level | Points |
|---|---|---|---|---|
| Knowledge Required by the Position | 1-7 | 1250 | 1-7 | 1250 |
| Supervisory Controls | 2-4 | 450 | 2-4 | 450 |
| Guidelines | 3-4 | 450 | 3-4 | 450 |
| Complexity | 4-5 | 325 | 4-5 | 325 |
| Scope and Effect | 5-4 | 225 | 5-4 | 225 |
| Personal Contacts | 6-3 | 60 | 6-3 | 60 |
| Purpose of Contacts | 7-3 | 120 | 7-3 | 120 |
| Physical Demands | 8-1 | 5 | 8-1 | 5 |
| Work Environment | 9-1 | 5 | 9-1 | 5 |
| Total Points | | 2890 | | 2890 |
| Tentative Grade: | | | | GS-12 |
| Final Grade: | | | | GS-12 |

Principal duties account for 100% of the time.

Standard(s) used to evaluate the position:

## Classification Overrides (if any)

The ADS generated title has been overridden.

The ADS generated series has been overridden.

Reason For Override: Agency requested title. management analyst

```
PM00301M                QUERY  INDIVIDUAL POSITION              03/04/13
                                                               (PF1=MENU)
  1. FUNCTION Q   2. DEPT-CD/AGCY-BUR-CD  FQ   CD              (PF5=HELP)
  3. SON 1022     4. MR-NO OD075A  5. GRADE 12  6. IP-NO OD000001  (PF7=MSTR)
***********************************************************   (PF8=NEXT)
  1. FLSA-CD/PAY-TBL   E  _____      2. FIN-DS/PROC-INTG  0  N   (CLR=EXIT)
  3. POS-SCHED         A               4. POS-SENS/DRUG-TS  5N  N
  5. COMP-LEV          0000            6. WK-TITLE-CD       9999
  7. WK-TITLE          MANAGEMENT ANALYST_____
  8. ORG-STR-CD        CD  10  70  0000  00  00  00  00
  9. VAC-REV-CD        A              10. TARGET-GD         00
 11. LANG-REQ          _____          12. PROJ-DTY-IND      N
 13. DUTY-STATION      11  0010  001  14. BUS-CD/COPR-ST    8888  _
 15. DT-LST-AUDIT      06 01 99       16. PAS-IND/LEO-IND   _  _
 17. DATE-EST          02 06 08       18. GD-BASIS-IND      _
 19. DT-REQ-REC        00 00 00       20. NTE-DT            00 00 00
 21. POS-ST-BUD        Y              22. MT-REV/CL-ACT-CD  32
 23. DT-EMP-ASGN       00 00 00       24. DT-ABOL           00 00 00
 25. INACT/ACT         A              26. DT-INACT/REACT    00 00 00
 27. ACCTG-STAT        1501           28. INT-ASGN-SER      ____
 29. AGCY-USE          _____      30. OBLIG-SSN
 31. DT-VACATED        00 00 00       32. INCUMBENT-SSN

DC901043 INDIVIDUAL POSITION FOUND - LAST UPDATE 03/04/13 BY FQ365
```

Exhibit E

1st line Supervisor Job Position Vacancy Announcement

supervisory program analyst

From:  michelle watson (chelle_watson@yahoo.com)

To:    chelle_watson@yahoo.com

Date:  Monday, November 8, 2021 at 12:30 AM EST

## Summary

This position serves as the Supervisory Program Analyst (IT SMART) located in the Performance Support Unit (PSU), within the Office of Community Supervision and Intervention Services (OCSIS), Court Services, and Offender Supervision Agency (CSOSA) for the District of Columbia (DC). CSOSA provides community supervision of adult offenders released by the DC Superior Court or the United States Parole Commission on probation, parole, and supervised release in the District of Columbia.

**Learn more about this agency**

 Help
## Overview

> Accepting applications

**Open & closing dates**
 11/03/2021 to 11/10/2021

**Salary**
$122,530 - $159,286 per year

**Pay scale & grade**
GS 14

 Help

## Location

1 vacancy in the following location:

**Washington DC, DC**
1 vacancy

**Telework eligible**
Yes—as determined by the agency policy.

**Travel Required**
Not required

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

**Work schedule**
Full-time

**Service**
Competitive

**Promotion potential**
14

**Job family (Series)**
0343 Management And Program Analysis

**Supervisory status**
Yes

**Security clearance**
Other

**Drug test**
Yes

**Position sensitivity and risk**
Moderate Risk (MR)

**Trust determination process**
Credentialing

Suitability/Fitness

**Announcement number**
OC-21-060-MPP-DH

**Control number**
620295400

 Help

T H I S   J O B   I S   O P E N   T O

**Career transition (CTAP, ICTAP, RPL)**
Federal employees who meet the definition of a
"surplus" or "displaced" employee.
**Internal to an agency**
Current federal employees of this agency.

**Clarification from the agency**

Status Candidates (Merit Promotion Eligibles): Applications will be accepted from current agency employees.

 Help
## Duties

Serves as the subject matter expert in developing business cases to promote efficiencies in the program office.

Assist in the translation of business goals into IT requirements.

Review and evaluate operations to apprise the effectiveness of policies and programs. Identifies deficiencies and recommends appropriate action.

Oversee the work of units that identify, report requirements, initiate the design of measurement methodology and associated statistical code, lead report production and client reviews, and coordinate placement of dashboard reports in the agency information delivery portal.

Develop evaluation criteria and measurements to assess progress in meeting overall project management objectives. Conducts in-progress reviews and assessments on all projects. As appropriate, initiates necessary changes to schedules, priorities, or resources.

Supervise a group of employees performing work at the GS-13 level. Provides administrative and technical supervision necessary for accomplishing the work of the unit.

 Help
## Requirements

**Conditions of Employment**

Must be a U.S. Citizen or National.
Males born after 12-31-59 must be registered for Selective Service , if applicable.

Background security investigation, drug test, and favorable adjudication.

May be required to successfully complete a one-year supervisory probationary period (unless already completed.)

Time-in-grade requirements must be met within 30 calendar days of the closing date of this announcement.

### Qualifications

**You may qualify at the GS-14 level if you fulfill the following qualification requirement:**

One (1) year of specialized experience equivalent to the GS-13 level in the Federal service that demonstrates your specific knowledge, skills, and abilities to perform the duties of the position successfully. **Specialized experience** would include designing and conducting a wide variety of comprehensive studies and detailed analyses of complex functions and processes related to program planning; developing evaluation criteria and measurements to assess progress in meeting overall project management objectives; and providing recommendations on problems, issues, and or trends related to IT end-user needs.

**Time-in-Grade:** Current or former federal employees who have held a GS position in the preceding 52 weeks must meet the time-in-grade requirement. Applicants must have served 52 weeks as a **GS-13** or **higher grade** in the Federal Service.

Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional; philanthropic; religious; spiritual; community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience.

### Education

**Education is not substitutable for specialized experience at this grade level.**

### Additional information

Applicants covered by the Court Services and Offender Supervision Agency Career Transition Assistance Program (CTAP) may apply and will be given priority consideration if determined to be well qualified. To be well qualified, applicants must satisfy all qualification requirements for the vacant position and meet the mid-level (scoring between 85 and 89) of the rating criteria for all factors or meet the established cutoff score. CTAP eligibles must submit one of the following as proof of eligibility for the special selection priority: a separation notice or a "Notice of Personnel Action" (SF-50) documenting separation. Additional information about CTAP eligibility is at: http://www.opm.gov/policy-data-oversight/workforce-restructuring/employee-guide-to-career-transition/.

This vacancy announcement may be used to fill future

vacancies for identical positions within the next year.

Bargaining Unit Status: Not Eligible

All Federal employees are required to have Federal salary payments directly deposited into a financial institution of their choosing.

Only experience and education obtained by the closing date of this announcement will be considered.

You must meet all qualification requirements within 30 days after the closing date of this announcement and before placement in the position.

CSOSA is an Equal Opportunity Employer.

The position is Mission Essential and is not subject to administrative dismissal in emergencies based on inclement weather conditions, or other emergency situations, as appropriate. A Mission Essential employee must report for, or remain at, work in emergency situations; dismissal or closure announcements do not apply to him/her unless his/her supervisor instructs otherwise.

## How You Will Be Evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

Your application will be evaluated according to the extent and quality of experience, education, and training. If you meet the basic qualification requirements, your resume, online questionnaire and the documentation you submitted to support your responses will be evaluated against the knowledge, skills, and abilities and the result of the additional assessments required for this position. The assessments measure the critical competencies that are required to successfully perform the job. This evaluation determines which candidates will be referred to the selecting official for consideration.

Your qualifications will be evaluated on the following competencies (knowledge, skills, abilities and other characteristics):

- Attention to Detail
- Managing Human Resources
- Oral Communication
- Partnering
- Writing

P. Michelle Alston

Sent from my iPhone